IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., and JOHN W. GOFF,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX-DURANGO, et al.,<br><br>Defendants. | RECEIVED<br>2006 APR 28  P 12: 02<br>DEBRA P. HACKETT, C<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT AL<br><br>CIVIL ACTION NO.<br>CV - 06-<br>2:06cv389-SRW |

## JOINDER IN NOTICE OF REMOVAL BY JEREMIAH A. HENDERSON II AND JEREMIAH A. HENDERSON III

Jeremiah A. Henderson II and Jeremiah A. Henderson III ("the Hendersons"), two of the defendants in the above-styled action, hereby join in and consent to the removal of this action by the defendant Phoenix-Durango, LLC, from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama. By filing this Joinder, the Hendersons are not waiving any defenses, including, but not limited to, improper or inadequate service or any other jurisdictional or substantive defense.

_____
Vernon L. Wells, II

_____
C. Ellis Brazeal

Attorneys for Defendants Jeremiah A. Henderson II
and Jeremiah A. Henderson III

OF COUNSEL
Walston, Wells, & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing JOINDER IN NOTICE OF REMOVAL BY JEREMIAH A. HENDERSON II AND JEREMIAH A. HENDERSON III has been served upon counsel of record by placing same in the United States mail, properly addressed and postage prepaid, as follows:

Thomas T. Gallion
Haskell, Slaughter, Young & Gallion, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660

This the 28th day of April, 2006.

                                                */s/ Vernon L. Wells, II*
                                                Of Counsel