IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| GOFF GROUP, INC., and JOHN W. GOFF, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO.<br>CV - 06-834 |
| PHOENIX DURANGO, LLC, et al., | |
| Defendant. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on April 28, 2006, Defendant Phoenix-Durango, LLC, filed the attached Notice of Removal with the clerk of the United States District Court for the Middle District of Alabama, Northern Division. A copy of the Notice of Removal is filed with this Court pursuant to 28 U.S.C. § 1446(d).

Dated: April 28, 2006.

_____
Vernon L. Wells, II

_____
C. Ellis Brazeal

Attorneys for Defendant Phoenix-Durango, LLC

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL has been served upon counsel of record by placing same in the United States mail, properly addressed and postage prepaid, as follows:

Thomas T. Gallion, III
Haskell, Slaughter, Young & Gallion, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660

This the 28th day of April, 2006.

Vernon L. Wells, II
Of Counsel