**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:  Goff Group, Inc. et al v. Phoenix-Durango, LLC et al
Case Number:    2:06-cv-00389-SRW

Referenced Pleading:   MOTION for Release of Funds   - Doc. 5

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**