IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv389-SRW |
| | ) |
| PHOENIX-DURANGO, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motion for release of funds (Doc. # 5), filed May 19, 2006, and for good cause, it is

ORDERED that defendants may file a response to the motion on or before May 30, 2006.

Done, this 24th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE