IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. GOFF, | ) |
|     Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv389-SRW |
| PHOENIX-DURANGO, LLC; JEREMIAH A. HENDERSON, II; and JEREMIAH A. HENDERSON, III | ) |
|     Defendants. | ) |

### MOTION TO REMAND, WITH MOTION FOR LEAVE AND EXTENSION OF TIME TO CONDUCT JURISDICTIONAL DISCOVERY

COMES NOW the Plaintiff John W. Goff, by and through his attorney, in the above cause of action, and moves this Court, to remand this removed action back to its court of original filing, the Circuit Court of Montgomery County, Alabama. In the alternative, the Plaintiff moves for leave and an extension of time to conduct jurisdictional discovery. As this motion will turn on sharply disputed jurisdictional fact issues, the Plaintiff respectfully requests Oral Argument and a limited-scope evidentiary hearing. As grounds for, and in support of, this motion, the Plaintiff respectfully offers the attached Plaintiff's Brief in Support of Motion to Remand, with Motion for Leave and Extension of Time to Conduct Jurisdictional Discovery and the attached materials referenced therein.

Respectfully submitted,

\s\ Jamie A. Johnston
_____
Thomas T. Gallion, III (GAL010)
Jamie A. Johnston (JOH164)

1

OF COUNSEL:

HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, AL 36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

Kay K. Bains, Esq.
Bradley Arant Rose & White, LLP
1819 5th Avenue North
Birmingham, Alabama 35203

Wendell Cauley, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

\s\ Jamie A. Johnston

OF COUNSEL

#20655
26934-008

2