UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL., <br>     Plaintiffs <br><br> v. <br><br> PHOENIX-DURANGO, LLC, ET AL., <br>     Defendants and <br>     Counter-Plaintiffs, <br><br> v. <br><br> JOHN GOFF, ET AL., <br>     Counter-Defendants. | **SUMMONS IN A CIVIL ACTION** <br><br><br> CASE NUMBER: CV-2006-00389-SRW |

TO:   Richard Ball, Registered Agent
      XL Specialty Insurance Company
      2000 Interstate Park Drive, Suite 204
      Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____        5/30/06
CLERK                                  _____
                                       DATE
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL., <br> Plaintiffs | * <br> * <br> *    **SUMMONS IN A CIVIL ACTION** |
| v. | * <br> * |
| PHOENIX-DURANGO, LLC, ET AL., <br> Defendants and <br> Counter-Plaintiffs, | * <br> * <br> * <br> *    CASE NUMBER: CV-2006-00389-SRW <br> * |
| v. | * <br> * |
| JOHN GOFF, ET AL., <br> Counter-Defendants. | * <br> * |

TO:    Jesse D. Burgher, Registered Agent
         AAA Groundskeepers, L.L.C.
         3519 Cloverdale Road
         Montgomery, AL 36111

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

         Vernon L. Wells, II
         Walston Wells & Birchall, LLP
         1819 5th Avenue North, Suite 1100
         Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_/s/_
(By) DEPUTY CLERK

DATE 5/30/06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>    Plaintiffs | *<br>*<br>* | **SUMMONS IN A CIVIL ACTION** |
| v. | *<br>* | |
| PHOENIX-DURANGO, LLC, ET AL.,<br>    Defendants and<br>    Counter-Plaintiffs, | *<br>*<br>*<br>* | CASE NUMBER: CV-2006-00389-SRW |
| v. | *<br>*<br>* | |
| JOHN GOFF, ET AL.,<br>    Counter-Defendants. | *<br>* | |

TO:   Arthur M. Leadingham
      7001 Brockport Court
      Montgomery, AL 36117-8617

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

   Vernon L. Wells, II
   Walston Wells & Birchall, LLP
   1819 5th Avenue North, Suite 1100
   Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

_____
(By) DEPUTY CLERK

5/30/06
_____
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL.,<br>　　　Plaintiffs<br><br>v.<br><br>PHOENIX-DURANGO, LLC, ET AL.,<br>　　　Defendants and<br>　　　Counter-Plaintiffs,<br><br>v.<br><br>JOHN GOFF, ET AL.,<br>　　　Counter-Defendants. | *<br>*<br>*　**SUMMONS IN A CIVIL ACTION**<br>*<br>*<br>*<br>*<br>*<br>*　CASE NUMBER: CV-2006-00389-SRW<br>*<br>*<br>*<br>*<br>* |

TO:　Troy King, Alabama Attorney General
　　　State of Alabama Attorney General's Office
　　　11 South Union Street
　　　Montgomery, AL 36130


**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

　　　Vernon L. Wells, II
　　　Walston Wells & Birchall, LLP
　　　1819 5th Avenue North, Suite 1100
　　　Birmingham, AL 35203


an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_　　　　　　　　　5/30/06
CLERK　　　　　　　　　　　　　　DATE

_[signature]_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>    Plaintiffs | *<br>*<br>* | **SUMMONS IN A CIVIL ACTION** |
| v. | *<br>* | |
| PHOENIX-DURANGO, LLC, ET AL.,<br>    Defendants and<br>    Counter-Plaintiffs, | *<br>*<br>*<br>* | CASE NUMBER: CV-2006-00389-SRW |
| v. | *<br>* | |
| JOHN GOFF, ET AL.,<br>    Counter-Defendants. | *<br>* | |

TO:    The Corporation Trust Company
          Registered Agent
          Willis of North America Inc.
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:
          Vernon L. Wells, II
          Walston Wells & Birchall, LLP
          1819 5th Avenue North, Suite 1100
          Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                            5/30/06
_____     _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|    Plaintiffs | * | |
| | * | **SUMMONS IN A CIVIL ACTION** |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|    Defendants and | * | |
|    Counter-Plaintiffs, | * | |
| | * | CASE NUMBER:  CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|    Counter-Defendants. | * | |

TO:   MBNA America Bank (Delaware)
       Registered Agent
       MBNA America Bank (Delaware)
       1100 North King Street
       Wilmington, DE 19884

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

       Vernon L. Wells, II
       Walston Wells & Birchall, LLP
       1819 5th Avenue North, Suite 1100
       Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

5/30/06
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|     Plaintiffs | * | |
| | * | **SUMMONS IN A CIVIL ACTION** |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|     Defendants and | * | |
|     Counter-Plaintiffs, | * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|     Counter-Defendants. | * | |

TO:   The Corporation Company, Registered Agent
        SunTrust Bank
        2000 Interstate Park Drive, Suite 204
        Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:
        Vernon L. Wells, II
        Walston Wells & Birchall, LLP
        1819 5th Avenue North, Suite 1100
        Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

5/30/06
_____
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|     Plaintiffs | * | |
| | * | **SUMMONS IN A CIVIL ACTION** |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|     Defendants and | * | |
|     Counter-Plaintiffs, | * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|     Counter-Defendants. | * | |

TO:    The Corporation Company, Registered Agent
          General Electric Capital Corporation
          2000 Interstate Park Drive, Suite 204
          Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

          Vernon L. Wells, II
          Walston Wells & Birchall, LLP
          1819 5th Avenue North, Suite 1100
          Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_            5/30/06
_____      _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., <br>     Plaintiffs | * <br> * <br> * | **SUMMONS IN A CIVIL ACTION** |
| v. | * <br> * | |
| PHOENIX-DURANGO, LLC, ET AL., <br>     Defendants and <br>     Counter-Plaintiffs, | * <br> * <br> * <br> * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * <br> * | |
| JOHN GOFF, ET AL., <br>     Counter-Defendants. | * <br> * | |

TO:    CSC Lawyers Incorporating Service, Inc.
        Registered Agent
        Kemmons Wilson, Inc.
        150 Perry Street
        Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

        Vernon L. Wells, II
        Walston Wells & Birchall, LLP
        1819 5th Avenue North, Suite 1100
        Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

DATE 5/30/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL., <br>     Plaintiffs <br><br> v. <br><br> PHOENIX-DURANGO, LLC, ET AL., <br>     Defendants and <br>     Counter-Plaintiffs, <br><br> v. <br><br> JOHN GOFF, ET AL., <br>     Counter-Defendants. | **SUMMONS IN A CIVIL ACTION** <br><br><br> CASE NUMBER: CV-2006-00389-SRW |

TO:   Daniel Realty Company, Registered Agent
       Meadow Brook North, L.L.C.
       3595 Grandview Parkway, Suite 400
       Birmingham, AL 35243-1930

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

       Vernon L. Wells, II
       Walston Wells & Birchall, LLP
       1819 5th Avenue North, Suite 1100
       Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  5/30/06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|     Plaintiffs | * | |
| | * | **SUMMONS IN A CIVIL ACTION** |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|     Defendants and | * | |
|     Counter-Plaintiffs, | * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|     Counter-Defendants. | * | |

TO:   Michael P. Atkinson, Member of
       Atkinson, Haskins, Nellis,
          Holeman, Brittingham
       1500 ParkCentre
       525 South Main Street
       Tulsa, OK 74103-4524

     **YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:
       Vernon L. Wells, II
       Walston Wells & Birchall, LLP
       1819 5th Avenue North, Suite 1100
       Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

_____
(By) DEPUTY CLERK

5/30/06
_____
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., <br> Plaintiffs | * <br> * <br> * | **SUMMONS IN A CIVIL ACTION** |
| v. | * <br> * | |
| PHOENIX-DURANGO, LLC, ET AL., <br> Defendants and <br> Counter-Plaintiffs, | * <br> * <br> * <br> * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * <br> * <br> * | |
| JOHN GOFF, ET AL., <br> Counter-Defendants. | * <br> * | |

TO:   S. David Parsons, Commissioner, Registered Agent for
      Greenwich Insurance Company – Alabama Department of Insurance
      201 Monroe Street, Suite 1700
      Montgomery, AL 36130-3351

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                             5/30/06
CLERK                                          DATE
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL., <br>     Plaintiffs <br><br> v. <br><br> PHOENIX-DURANGO, LLC, ET AL., <br>     Defendants and <br>     Counter-Plaintiffs, <br><br> v. <br><br> JOHN GOFF, ET AL., <br>     Counter-Defendants. | **SUMMONS IN A CIVIL ACTION** <br><br><br> CASE NUMBER: CV-2006-00389-SRW |

TO:   G. Thomas Surtees
      Commissioner of Revenue
      Department of Revenue
      50 North Ripley Street
      Montgomery, AL 36132

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              5/30/06
_____          _____
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|     Plaintiffs | * | |
| | * | **SUMMONS IN A CIVIL ACTION** |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|     Defendants and | * | |
|     Counter-Plaintiffs, | * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|     Counter-Defendants. | * | |

    TO:    CSC Corporation Service Company
              Registered Agent
              Cameron M. Harris & Co., Inc.
              327 Hillsborough Street
              Raleigh, NC 27603

    **YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

        Vernon L. Wells, II
        Walston Wells & Birchall, LLP
        1819 5th Avenue North, Suite 1100
        Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                        5/30/06
_____        _____
CLERK                                            DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>Plaintiffs | * * * | |
| v. | * * | **SUMMONS IN A CIVIL ACTION** |
| PHOENIX-DURANGO, LLC, ET AL.,<br>Defendants and<br>Counter-Plaintiffs, | * * * * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * * | |
| JOHN GOFF, ET AL.,<br>Counter-Defendants. | * * | |

TO:   Garrett, James F. Insurance
      Registered Agent
      Companion Property & Casualty
      Insurance Company
      184 Commerce Street
      Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    5/30/06
_____                     _____
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., <br>     Plaintiffs | * <br> * <br> * | **SUMMONS IN A CIVIL ACTION** |
| v. | * <br> * | |
| PHOENIX-DURANGO, LLC, ET AL., <br>     Defendants and <br>     Counter-Plaintiffs, | * <br> * <br> * <br> * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * <br> * | |
| JOHN GOFF, ET AL., <br>     Counter-Defendants. | * <br> * | |

TO:    CSC Lawyers Incorporating Service, Inc.
          Registered Agent
          Stuart Allan & Associates, Inc.
          150 Perry Street
          Montgomery, AL 36104

     **YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:
          Vernon L. Wells, II
          Walston Wells & Birchall, LLP
          1819 5th Avenue North, Suite 1100
          Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____
CLERK

_____
(By) DEPUTY CLERK

DATE 5/30/06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>    Plaintiffs | * * * | **SUMMONS IN A CIVIL ACTION** |
| v. | * * | |
| PHOENIX-DURANGO, LLC, ET AL.,<br>    Defendants and<br>    Counter-Plaintiffs, | * * * * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * * | |
| JOHN GOFF, ET AL.,<br>    Counter-Defendants. | * * | |

TO:  Leura Garrett Canary
     United States Attorney
     Middle District of Alabama
     One Court Square, Suite 201
     Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:
     Vernon L. Wells, II
     Walston Wells & Birchall, LLP
     1819 5th Avenue North, Suite 1100
     Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____     5/30/06
CLERK                                  DATE
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN GOFF, ET AL.,<br>   Plaintiffs | *<br>*<br>*   **SUMMONS IN A CIVIL ACTION** |
| v. | *<br>* |
| PHOENIX-DURANGO, LLC, ET AL.,<br>   Defendants and<br>   Counter-Plaintiffs, | *<br>*<br>*<br>*   CASE NUMBER: CV-2006-00389-SRW<br>* |
| v. | *<br>* |
| JOHN GOFF, ET AL.,<br>   Counter-Defendants. | *<br>* |

TO:  Alberto R. Gonzales
     Attorney General of the United States
     U. S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

   Vernon L. Wells, II
   Walston Wells & Birchall, LLP
   1819 5th Avenue North, Suite 1100
   Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 [60] days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                           5/30/06
_____                      _____
CLERK                                                        DATE
_____
(By) DEPUTY CLERK