## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Ball, Registered Agent
XL Specialty Insurance Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Slauson_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/1/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv389 Counterclaim

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0000 7144 1452

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company, Registered Agent
General Electric Capital Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Slauson_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/1/1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   06cv389 counterclaim

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☑ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0000 7144 1360

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company, Registered Agent
SunTrust Bank
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Slauson_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/1/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv389 counterclaim

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0000 7144 1391

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540