

RECEIVED
2006 JUN -2  A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

7006 0100 0000 7144 1483

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

Jesse D. Burgher, Registered Agent
AAA Groundskeepers, L.L.C.
3519 Cloverdale Road
Montgomery, AL 36111

NOT DELIVERABLE
AS ADDRESSED
UNABLE
TO FORWARD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>Plaintiffs | * * * | **SUMMONS IN A CIVIL ACTION** |
| v. | * * | |
| PHOENIX-DURANGO, LLC, ET AL.,<br>Defendants and<br>Counter-Plaintiffs, | * * * * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * * | |
| JOHN GOFF, ET AL.,<br>Counter-Defendants. | * * | |

TO:  Jesse D. Burgher, Registered Agent
     AAA Groundskeepers, L.L.C.
     3519 Cloverdale Road
     Montgomery, AL 36111

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                           5/30/06

CLERK                                        DATE

(By) DEPUTY CLERK