| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bunnie C. Hunn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Bunnie C. Hunn*  C. Date of Delivery 6/1/06 |
| 1. Article Addressed to:<br><br>S. David Parsons, Commissioner<br>Registered Agent for Greenwich<br>Insurance Company<br>Alabama Department of Insurance<br>201 Monroe Street, Suite 1700<br>Montgomery, AL 36130-3351 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06 CV 389 counter claim |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0000 7144 1353 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |