**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Garrett, James F. Insurance
Registered Agent
Companion Property & Casualty
Insurance Company
184 Commerce Street
Montgomery, AL 36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Linda M Carver*    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*LINDA M CARVER*    6/1/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

O6cv 389

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7006 0100 0000 7144 1377 77

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540