IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. GOFF AND GOFF GROUP, INC., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO.<br>CV - 2:06cv389-SRW |
| PHOENIX-DURANGO, et al., | |
| Defendants. | |

## AFFIDAVIT OF JEREMIAH A. HENDERSON II

STATE OF HAWAII

COUNTY OF HONOLULU

Before me the undersigned, a notary public in and for said state and county, did personally appear Jeremiah A. Henderson II, who did depose and say on oath as follows:

(1) My name is Jeremiah A. Henderson II. I am over the age of nineteen years. I have personal knowledge of the facts stated in this affidavit.

(2) At the time of execution, I am in Hawaii on business purposes.

(3) I reside at 20102 Atascocita Shores, Humble, Texas. I have resided in Texas since January 2004. Prior to moving to Texas, I resided in Florida. Texas is my permanent state of residence, and I intend to remain in Texas.

(4) I have a Texas drivers license. *See* Texas Drivers License, a copy of which is attached hereto as Exhibit A.

EXHIBIT 1

(5)   I am registered to vote in Texas. *See* Texas Voter Registration Certificate, a copy of which is attached hereto as Exhibit B.

Further, the affiant sayeth not.

_____
Jeremiah A. Henderson II

Sworn to and subscribed before me this

The 7th day of June, 2006.

_____
Notary Public   Renee A. Matsuoka
State of Hawaii
My commission expires: 5-26-2008



EXHIBIT A

| | | |
|---|---|---|
| Paul Bettencourt<br>Harris County Voter Registrar<br>713-368-2200<br>P. O. Box 3527<br>Houston, Texas 77253-3527<br><br>RETURN SERVICE REQUESTED | Secretary of State's Office<br>Elections Division<br>1-800-252-VOTE (8683)<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>1498778 | Cần giúp đỡ bằng tiếng Việt<br>hãy gọi số 713-368-2201. | NON-PROFIT ORG.<br>U.S. Postage<br>PAID<br>HARRIS COUNTY<br>VOTER REGISTRAR |

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**HARRIS COUNTY** (Condado)

| Cert. No. (Núm. de Cert.) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 2784 | | 01/01/04 |
| Date of Birth (Fecha de Nacimiento) | Pvc. No. (Pct. Núm.) | thru (hasta) |
| /49 | 0351 | 12/31/05 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

JEREMIAH A HENDERSON

HUMBLE

X _[signature]_

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al punto de recibirla, si puede.)

R00357207

| U.S REP.<br>(Rep. de los E.U.) | STATE SEN.<br>(Sen. Estatal) | STATE REP.<br>(Rep. Estatal) | COMM. PREC.<br>(Com. Pcto.) | JUSTICE PREC.<br>(Just. Pcto.) |
|---|---|---|---|---|
| 02 | 04 | 127 | 4 | 04 |

Name and Mailing Address (Nombre y dirección de correo)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**********AUTO**5-DIGIT 77346

JEREMIAH A HENDERSON

HUMBLE TX  77346-1637

**EXHIBIT B**