IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. GOFF AND GOFF GROUP, INC., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 2:06cv389-SRW |
| PHOENIX-DURANGO, et al., | |
| Defendants. | |

## AFFIDAVIT OF JEREMIAH A. HENDERSON III

STATE OF COLORADO

COUNTY OF PITKIN

Before me the undersigned, a notary public in and for said state and county, did personally appear Jeremiah A. Henderson III, who did depose and say on oath as follows:

(1) My name is Jeremiah A. Henderson III. I am over the age of nineteen years. I have personal knowledge of the facts stated in this affidavit.

(2) At the time of execution, I am in Aspen, Colorado, for business purposes.

(3) I reside at 69 Johnstown Lane, Rosemary Beach, Florida, 32461. I have resided in Florida for over five (5) years. Florida is my permanent state of residence and I intend to remain in Florida.

(4) I have a Florida drivers license. *See* Florida Drivers License, a copy of which is attached hereto as Exhibit A.

(5) I am registered to vote in Florida. *See* Walton County Florida Voter Registration, a copy of which is attached hereto as Exhibit B.

# EXHIBIT 2

(6)    I have a Florida firearm license. See Concealed Weapon or Firearm License, a copy of which is attached hereto as Exhibit C.

Further, the affiant sayeth not.

Jeremiah A. Henderson III

Sworn to and subscribed before me this

The 6th day of June, 2006.

Notary Public
My commission expires: 2-9-09



2



**RESTRICTIONS**
**ENDORSEMENTS**
CLASS: E - Any non-commercial vehicle with a GVWR less than 26,001 lbs.

REPLACEMENT LICENSE REQUIRED WITHIN 10 DAYS OF ADDRESS OR NAME CHANGE.
The State of Florida retains all property rights herein.





# EXHIBIT A



EXHIBIT B

Walton County Florida Voter Identification

| JEREMIAH A HENDERSON | 044453 |
| MIRAMAR BEACH FL 32550 | 4/5/01 |

PRECINCT LOCATION: Miramar Beach, Faith Assembly Ch, 306 South Geronimo St  
PRECINCT NO: 029  
.75 5 I  
REP

| CONGRESS | FL SENATE | FL HOUSE | COUNTY COM | SCHOOL BD | CITY |
|---|---|---|---|---|---|
| 2 | 4 | 7 | 5 | 3 | |

Signature: *Jeremiah A. Henderson*

SEE BACK OF CARD FOR IMPORTANT INFORMATION PRIOR TO ELECTION DAY

---

IT IS YOUR... NOTIFY THE ELECTIONS OFFICE TO CHANGE YOUR NAME, RESIDENCE ADDRESS, MAILING ADDRESS, OR PARTY AFFILIATION  
Name & Address Change Form

New Permanent RESIDENCE Address:  
No. _____ Street _____ Apt/Lot _____ City _____ State _____ Zip _____

New permanent MAILING Address: (If Different From Residence)  
No. _____ Street _____ Apt/Lot _____ City _____ State _____ Zip _____

Telephone Number: _____ Date: _____

Name Changed To: _____

Change my Party to: ☐ Democratic ☐ Republican ☐ No Party ☐ Other

*Bobby Beasley*  
Walton County Supervisor of Elections

Signature of Voter: _____

# EXHIBIT C