UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL., | * | |
|     Plaintiffs | * | **ALIAS** |
| | * | SUMMONS IN A CIVIL ACTION |
| v. | * | |
| | * | |
| PHOENIX-DURANGO, LLC, ET AL., | * | |
|     Defendants and | * | |
|     Counter-Plaintiffs, | * | |
| | * | CASE NUMBER: CV-2006-00389-SRW |
| | * | |
| v. | * | |
| | * | |
| JOHN GOFF, ET AL., | * | |
|     Counter-Defendants. | * | |

TO:    Jesse D. Burgher, Registered Agent
          AAA Groundskeepers, L.L.C.
          3211 Le Bron Road
          Montgomery, AL 36106

      **YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

      Vernon L. Wells, II
      Walston Wells & Birchall, LLP
      1819 5th Avenue North, Suite 1100
      Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____      6/8/06
CLERK                                           DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN GOFF, ET AL.,<br>    Plaintiffs | * * * | **ALIAS**<br>**SUMMONS IN A CIVIL ACTION** |
| v. | * * | |
| PHOENIX-DURANGO, LLC, ET AL.,<br>    Defendants and<br>    Counter-Plaintiffs, | * * * * | |
| | * * | CASE NUMBER: CV-2006-00389-SRW |
| v. | * * | |
| JOHN GOFF, ET AL.,<br>    Counter-Defendants. | * * | |

TO: Greenwich Insurance Company
c/o CT Corporation
2000 Interstate Park, Suite 104
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

_____
(By) DEPUTY CLERK

6/8/06
_____
DATE