**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
Attorney General of the United States
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

JUN 0 5 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   (Transfer from service label)  7006 0100 0000 7144 1421

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540