

**BOB RILEY**
**GOVERNOR**

STATE OF ALABAMA
DEPARTMENT OF INSURANCE
LEGAL DIVISION
201 MONROE STREET, SUITE 1700
POST OFFICE BOX 303351
MONTGOMERY, ALABAMA 36130-3351
TELEPHONE: (334) 241-4117
FACSIMILE: (334) 240-7581
INTERNET: www.aldoi.gov

SENDER'S E-MAIL: John.McDonald@insurance.alabama.gov

WALTER A. BELL
COMMISSIONER

GENERAL COUNSEL
REYN NORMAN

COUNSEL
TERRY RAYCRAFT
ELIZABETH BOOKWALTER
RYAN DONALDSON
VINCENT R. LEDLOW
J. FAIRLEY McDONALD, III
JOANA S. ELLIS

LEGAL RESEARCH ASSISTANT
STACY FARRIS

June 9, 2006

Office of the Clerk
United States District Court
United States Courthouse
Montgomery, Alabama

    RE:    *John Goff, et al. v. Phoenix-Durango, LLC, et al.*
              2:06cv389-SRW

Dear Clerk's Office:

    Late last week, the Department of Insurance received a certified mail package addressed to "S. David Parsons, Commissioner" as "Registered Agent for Greenwich Insurance Company." The package, which is being returned, includes a summons and copies of various pleadings and other filings in this case.

    By Alabama statute, the Alabama Commissioner of Insurance is authorized to accept service of process on behalf of an insurer under certain circumstances. <u>This attempted service on Greenwich Insurance Company is REFUSED for non-compliance with the applicable legal requirements:</u>

    1. Walter A. Bell, not "S. David Parsons," is Commissioner of Insurance.

    2. The Alabama statute [Ala. Code § 27-3-25(a)] requires <u>personal</u> service by an appropriate officer, not service by certified mail.

    3. The same statute requires the Commissioner be furnished with three (3) copies of the service documents. Only one copy was received.

    4. Service is refused unless a $25.00 fee authorized by Ala. Code § 27-4-2(13) is paid at the time of service. The fee was not paid.

    Counsel causing service of this process has been notified of the Department's position.

June 9, 2006
Office of the Clerk
Page two

Thank you.

Sincerely,

J. Fairley McDonald, III (MCD015)
Assistant Attorney General
Alabama Department of Insurance Legal Division

Encl.
Cc:   Vernon L. Wells, II/C. Ellis Brazeal [w/o encl.]
      Thomas T. Gallion, III [w/o encl.]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JOHN GOFF, ET AL.,
    Plaintiffs

v.

PHOENIX-DURANGO, LLC, ET AL.,
    Defendants and
    Counter-Plaintiffs,

v.

JOHN GOFF, ET AL.,
    Counter-Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-2006-00389-SRW

TO:  S. David Parsons, Commissioner, Registered Agent for
Greenwich Insurance Company – Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351

**YOU ARE HEREBY SUMMONED** and required to served on Counter-Plaintiff's Attorney:

Vernon L. Wells, II
Walston Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203

an answer to the Counterclaim which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 5/30/06

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
MONTGOMERY, AL 36101-0711

06/07/2006

CERTIFIED MAIL
7006 0100 0000 7144 1353

S. David Parsons, Commissioner
Registered Agent for Greenwich
Insurance Company
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351