# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN W. GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv389-SRW |
| | ) |
| PHOENIX-DURANGO, LLC; | ) |
| JEREMIAH A. HENDERSON, II; and | ) |
| JEREMIAH A. HENDERSON, III | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF EVIDENTIARY MATERIALS

COMES NOW Plaintiff, John W. Goff, by and through his attorney in the above cause of action, and submits the following evidentiary materials, that which were referenced in, but inadvertently omitted from, the Plaintiff's Brief in Support of Motion to Remand, with Motion for Leave and Extension of Time to Conduct Jurisdictional Discovery:

1. Phone and Address Listing for "Jere Henderson" in Troy, Alabama (Attached hereto as Exhibit "A")

Respectfully submitted,

/s/ Thomas T. Gallion, III
_____
Thomas T. Gallion, III (GAL010)
Jamie A. Johnston (JOH164)

OF COUNSEL:

HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, AL  36103-4660
(334) 265-8573      Telephone
(334) 264-7945      Facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that on the 14th day of June 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
Walston, Wells & Birchall, LLP
1819  5th Avenue North, Suite 1100
Birmingham, Alabama 35203

Kay K. Bains, Esq.
Bradley Arant Rose & White, LLP
1819  5th Avenue North
Birmingham, Alabama 35203

Wendell Cauley, Esq.
Bradley Arant Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

                                            /s/ Thomas T. Gallion, III
                                            _____
                                            OF COUNSEL

26934-008
#20847