**WhitePages.com** | MyInfo | AddressBook | LO(

# FREE FLIP PHONES

PEOPLE SEARCH | BUSINESS SEARCH | REVERSE PHONE | REVERSE ADDRESS | AREA CODES | ZIP CODES | M/
INTERNATIONAL DIRECTORIES | BATCH PEOPLE SEARCHES | AUTOMATE PEOPLE LOOKU|

MyInfo  Get More from WhitePages! GO          **VONAGE: Unlimited** local/LD calls for $24.99/mo! (

See What Homes are Worth in Troy

**More information for:**

**JERE HENDERSON**
Old Montgomery Hwy
Troy, AL
(334) 566-0247

**Save/Customize Listing in:**
My AddressBook or Outlook

Map this location
Area Code Map
E-mail Listing to Friends

 Get More Info on Jere Henderson Here.

 Click to Call Jere Henderson with Vonage!

 Jere Henderson - Check Background Report.

 Check Criminal Records on Jere Henderson

 Run a Real Estate Valuation on Old Montgomery Hwy

 Search By Phone Number. Get Name, Address.

First Name: | Last Name:
Jere | Henderson
All States



EXHIBIT A

About MyInfo          Bookmark WhitePages.com          Tell Friends about WhiteP

HOME | FAQ | ABOUT US | ADVERTISING | AFFILIATE PROGRAM | NEWSLETTERS | CONTACT US | SITE MAP | WHITEP/

WHITE PAGES | BUSINESS SEARCH | REVERSE PHONE DIRECTORY | REVERSE ADDRESS LOOKUP
AREA CODE LOOKUP | ZIP CODE FINDER | PHONE APPEND | ADDRESS APPEND | XML LOOKUPS
PEOPLE SEARCH BY STATE | BUSINESS SEARCH BY STATE
VISIT OUR FREE WHITE PAGES AND YELLOW PAGES ON 411.COM