IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | § |
| GOFF GROUP, INC., et al, | § |
| Plaintiffs, | § |
| v. | § |
| PHOENIX-DURANGO, LLC, et al, | § |
| v. | § |
| GOFF GROUP, INC.; JOHNNY GOFF; COMPANION PROPERTY & CASUALTY INSURANCE COMPANY; ARTHUR M. LEADINGHAM, JR.; ROBERT M. BOWICK; WILLIAM JOSEPH DUNCAN; UNITED STATES OF AMERICA; SUNTRUST BANK; ATKINSON, HASKINS, NELLIS, HOLEMAN, BRITTINGHAM; AAA GROUNDSKEEPERS; MBNA AMERICA BANK; GE CAPITAL CORPORATION; STATE OF ALABAMA; KEMMONS WILSON, INC.; MEADOW BROOK NORTH, LLC; WILLIS OF NORTH AMERICA; GREENWICH INSURANCE COMPANY; XL SPECIALTY GROUP; STUART ALLAN & ASSOCIATES, INC.; and CAMERON M. HARRIS & CO., INC., | § § § § § § § § § § § § CIVIL ACTION NO. CV-2006-00389-SRW |
| Counterclaim Defendants. | § |

## NOTICE OF BANKRUPTCY

COMES NOW the undersigned as Attorney for Goff Group, Inc., and gives notice of the filing for protection under Title 11, Chapter 7 of the United States Bankruptcy Code.

The Plaintiff/Debtor filed for protection in the United States Bankruptcy Court for the Middle District of Alabama on June 9, 2006. The case number of the filing is 06-30676.

Based on the Automatic Stay Provisions under Section 362(a) of the United States Bankruptcy Code the undersigned respectfully moves this Court to stay or in the alternative dismiss the pending proceedings in this case until or unless the moving party receives relief from the Automatic Stay Provisions of the United States Bankruptcy Code hereafter.

Respectfully submitted, 

Lewis B. Hickman, Jr. (HIC004)
Attorney for Plaintiff/Debtor
915 South Hull Street
Montgomery, Alabama 36104
(334)264-1441

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following parties by placing a copy of same in the U.S. Mail properly addressed with postage prepaid on this the 14th day of June, 2006.

C. Ellis Brazeal
Attorney for Phoenix-Durango, LLC
c/o Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

Thomas T. Gallion, III
c/o Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, Alabama 36103-4660

Lewis B. Hickman, Jr.