IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN GOFF, et al., | * |
| Plaintiffs, | * |
| v. | * |
| PHOENIX-DURANGO, LLC, et al., | *   CASE NO. 2:06-CV-389-SRW |
| Defendants/<br>Counter Claim Plaintiffs, | * |
| v. | * |
| JOHN GOFF, et al., | * |
| Counterclaim Defendants. | * |

**ANSWER OF COUNTERCLAIM DEFENDANT**
**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & CARWILE**

COMES NOW the Counterclaim Defendant, Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, (Atkinson), by and through its undersigned counsel, and in Answer to Counterclaim Plaintiff Phoenix-Durango, LLC's Counterclaim, states as follows:

1. Atkinson generally denies all material allegations of the Counterclaim, and demands strict proof thereof.

2. The Counterclaim fails to state a claim upon which relief may be granted against Atkinson.

**AFFIRMATIVE DEFENSES**

3. Atkinson states that if the subject property is judicially foreclosed, then Atkinson is entitled to be paid for the amount of its lien on the subject property. Atkinson affirmatively states that it holds a lien on the subject property, in the amount of $75,974.77, and is entitled to

be paid from any judicial foreclosure and sale thereof.

    4.    Atkinson reserves the right to plead additional claims and defenses if and when they become appropriate during this action.

    Respectfully submitted this the 20th day of June, 2006.

    /s/David C. Hilyer
    WINSTON W. EDWARDS (EDW023)
    DAVID C. HILYER (137576)
    Attorneys for Defendant Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile

OF COUNSEL:

CRADDOCK, RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064    Telephone
(334) 215-7843    Facsimile

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing on counsel of record for the above named parties by placing same in the U.S. Mail postage prepaid and properly addressed, and if the party being served is a registered participant in the CM/ECF System for the **United States District Court, Middle District of Alabama**, notice of the foregoing will also thereby be made electronically on all for the counsel of record.

       Dated this 20th day of June, 2006.

                                               /s/ David C. Hilyer
                                               OF COUNSEL

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
WALSTON, WELLS & BIRCHALL, LLP
1819 5th Ave. North, Suite 1100
Birmingham, AL 35203

Thomas T. Gallion, III, Esq.
Jamie Johnston, Esq.
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
P.O. Box 4660
Montgomery, AL 36103-4660

Jason J. Baird, Esq.
SLATEN & O'CONNOR, P.C.
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104