IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PHOENIX-DURANGO, LLC, et al., | ) ) |
| Defendants. | ) ) |
| v. | ) ) |
| GOFF GROUP, INC., et al., | ) ) |
| Counterclaim Defendants. | ) |

CASE NO. 2:06-cv-00389-SRW

**ANSWER OF GENERAL ELECTRIC CAPITAL CORPORATION**

Comes now General Electric Capital Corporation ("GE Capital"), one of the Counterclaim Defendants in this matter, and answers the Counterclaim of Phoenix Durango, LLC, as follows:

1. GE Capital admits that it is a Delaware corporation with its principal headquarters in Connecticut.

2. GE Capital admits that it holds a judgment lien in the amount of $700,000.00 against, among others, John Goff and Goff Group, Inc., the Plaintiffs in this matter. See, e.g., Certificate of Judgment, Exhibit "A" hereto.

3. GE Capital admits that if Phoenix-Durango succeeds on its claim of judicial foreclosure that GE Capital is entitled to receive any proceeds that might be available to it according to its level of seniority with respect to any other lien holders.

4.   None of the other allegations in the Counterclaim are directed toward GE Capital and, therefore, no response appears to be required from GE Capital as to those additional allegations. To the extent that any such response is, indeed, required, GE Capital is without sufficient information to admit or deny such allegations and demands strict proof thereof.

Respectfully submitted,

/s/ George M. Neal, Jr.
George M. Neal, Jr. (NEAL7741)

/s/ Anthony R. Smith
Anthony R. Smith (SMIT1150)

Attorneys for Counterclaim Defendant,
General Electric Capital Corporation

OF COUNSEL:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama  35205
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)
jneal@sirote.com
tsmith@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 21st day of June, 2006 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jamie Austin Johnston
Haskell Slaughter Young & Gallion LLC
P.O. Box 4660
Montgomery, AL 36103-4660

Lewis B. Hickman, Jr.
915 S. Hull Street
Montgomery, AL 36104

Thomas T. Gallion, III
Haskell Slaughter Young & Gallion LLC
P.O. Box 4660
Montgomery, AL 36103-4660

Clyde Ellis Brazeal, III
Walston Wells Anderson & Bains LLP
P.O. Box 830642
Birmingham, AL 35283-0642

Vernon L. Wells, II
Walston Wells Anderson & Bains LLP
P.O. Box 830642
Birmingham, AL 35283-0642

Jason James Baird
Slaten & O'Connor, PC
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104

AND I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Companion Property & Casualty
Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, AL 36104

SunTrust Bank
c/o The Corporation Company,
Registered Agent
2000 Interstate Park Dr. Ste 204
Montgomery, AL 36109

Atkinson, Haskins, Nellis, Holeman, Brittingham
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
PRO SE

Winston Whitehead Edwards
David Cushing Hilyer
Craddock Reneker & Davis LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106

MBNA America Bank
MBNA America Bank (Delaware)
Registered Agent, MBNA America
Bank (Delaware)
1100 North King Street
Wilmington, DE 19884
PRO SE

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
PRO SE

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
PRO SE

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Reg. Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
PRO SE

XL Specialty Group
c/o Richard Ball, Registered Agnet
2000 Interstate Park Dr. Ste 204
Montgomery, AL 36109
PRO SE

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
PRO SE

Daniel Realty Company, Registered Agent
Meadow Brook North, L.L.C.
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930

D. David Parsons, Commissioner
Registered Agent for Robert N. Bowick
322 Fox Den Court
Destin, FL 32541-4317

CSC Corporation Service Company,
Registered Agent for Cameron M. Harris & Co., Inc.
327 Hillsborough Street
Raleigh, NC 27603

Leura Garrett Canary
United States Attorney for Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

Alberto R. Gonzales
Attorney General of the United States
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

G. Thomas Surtees, Commissioner of Revenue
Department of Revenue
50 North Ripley Street
Montgomery, AL 36132

Troy King, Alabama Attorney General
State of Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130

William Joseph Duncan
c/o Southern Brokerage Services, Inc.
80 TechnaCenter Drive
Montgomery, AL 36117

                                              /s/ George M. Neal, Jr.
                                              OF COUNSEL