# EXHIBIT "A"

RLPY 03179 PAGE 0101

```
AV20312                ALABAMA JUDICIAL DATA CENTER
                          MONTGOMERY   COUNTY
                         CERTIFICATE OF JUDGEMENT
                                                   CV 2003 002374.00
                                        HON. EUGENE W. REESE
------------------------------------------------------------------
            IN THE CIRCUIT COURT OF MONTGOMERY    COUNTY
GENERAL ELECTRIC CAPITAL CORP VS. GOFF AVIATION INC., ET AL

   DEFENDANT                          PARTY'S ATTORNEY:

   GOFF JOHN                          JOHNSTON JAMIE AUSTIN
   C/O ATTY JAMIE JOHNSTON            HASKELL, SLAUGHTER, YOUNG
   305 S LAWRENCE ST                  P O BOX 4660
   MONTGOMERY     ,AL  36104-0000     MONTGOMERY     ,AL  36103


   I, MELISSA RITTENOUR    , CLERK OF THE ABOVE NAMED COURT HEREBY
   CERTIFY THAT ON 09/22/2005 PLAINTIFF,  GENERAL ELECTRIC CAPITAL RECOVERED
   OF DEFENDANT IN SAID COURT A JUDGEMENT WITHOUT WAIVER OF EXEMPTIONS FOR THE
   SUM OF    $700,000.00 DOLLARS PLUS         $.00 DOLLARS COURT COSTS, AND
   THAT THE PLAINTIFF'S     ATTORNEY(S) OF RECORD WAS:
   REYNOLDS ROBERT D




   GIVEN UNDER MY HAND THIS DATE 09/22/2005

                                         [signature: Melissa Rittenour]
                                      CLERK: MELISSA RITTENOUR
                                      P O BOX 1667
                                      MONTGOMERY    AL   36102-1667
                                      (334)832-1266

OPERATOR: JAM
PREPARED: 09/22/2005
```

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
RLPY 03179 PG 0101 2005 Oct 03 02:09PM

REESE MCKINNEY JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $2.50 |
| CERT | $1.00 |
| CHECK TOTAL | $8.50 |
| 5052 | Clerk: RITA 02:09PM |

PLAINTIFF'S ATTORNEY:

REYNOLDS ROBERT D
REYNOLDS REYNOLDS DUNCAN
P O BOX 1389
MONTGOMERY  AL  36102