**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| GOFF GROUP, INC., et al. ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CASE NO. 2:06-cv-00389-SRW |
| vs. ) | |
| ) | |
| PHOENIX-DURANGO, LLC, et al. ) | |
| ) | |
|    Defendant. ) | |

___

**JOINT MOTION FOR EXTENTION OF TIME IN WHICH**
**TO RESPOND TO THIRD-PARTY COMPLAINT**
___

Come now Defendant, Phoenix-Durango, LLC, and newly added Counter Claim Defendant, SunTrust Bank, and file this Motion for Extension and as grounds therefore state that SunTrust Bank has requested and Phoenix-Durango, LLC has agreed to allow SunTrust Bank to file its responsive pleading on or before Tuesday, July 11, 2006, and said response to be treated as if timely filed pursuant to Rule 12, FRCP.

                                                           Respectfully submitted,

                                                           /s/ I. Ripon Britton, Jr.
                                                           _____
                                                           I. RIPON BRITTON, JR. (ASB4293-T831)
                                                           Attorney for SunTrust Bank
OF COUNSEL:                                 rbritton@handarendall.com
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203
(205) 324-4400 telephone
(205) 311-1163 facsimile

|  |  |
|---|---|
|  | /s/ Michael J. Ernst (with permission) |
| OF COUNSEL: | _____ |
| Stokes, Lazaurus & Carmichael, LLP | MICHAEL J. ERNST |
| 80 Peachtree Park Drive | mje@slclaw.com |
| Atlanta, GA 30309-1320 |  |
| (404) 352-1465 telephone | (PRO HAC VICE MOTION FOR |
| (404) 352-8463 facsimile | ADMITTANCE TO BE FILED) |

/s/ C. Ellis Brazeal (with permission)
_____
C. ELLIS BRAZEAL
Attorney for Pheonix-Durango, LLC
ebrazeal@walstonwells.com

OF COUNSEL:
Walston, Wells & Birchall, LLP
1815 5th Avenue North, Suite 1100
Birmingham, AL 35203
(205) 244-5200 telephone
(205) 244-5400 facsimile

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| GOFF GROUP, INC., et al. )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>PHOENIX-DURANGO, LLC, et al. )<br>)<br>  Defendant. ) | CASE NO. 2:06-cv-00389-SRW |

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send notification of such filing to the following:

Winston Whitehead Edwards
wedward@crdlawfirm.com
*(Attorney for Atkinson, Haskins, Nellis, Holeman, Brittingham)*
Jason James Baird
jbaird@slatenlaw.com
*(Attorney for Arthur M. Leadingham, Jr.*

Thomas T. Gallion, III
mp@hsy.com
*(Attorney for John W. Goff and Goff Group, Inc.)*

that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106
*(Pro Se)*

Cameron M. Harris & Co. Inc.
*(Pro Se)*

Robert M. Bowick
*(Pro Se)*

Companion Property & Casualty Insurance Company
c/o James F. Garrett, Registered Agent
184 Commerce Street
Montgomery, AL 36104
*(Pro Se)*

William Joseph Duncan
*(Pro Se)*

GE Capital Corporation
c/o the Corporation Company, Registered Agent
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36109
*(Pro Se)*

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
*(Pro Se)*

MBNA America Bank
Registered Agent, MBNA America Bank
1100 North King Street
Wilmington, DE 19884
*(Pro Se)*

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
*(Pro Se)*

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
*(Pro Se)*
XL Specialty Group
c/o Richard Ball, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
*(Pro Se)*

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
*(Pro Se)*

United States of America
*(Pro Se)*

Lewis B. Hickman, Jr.
915 S. Hull Street
Montgomery, AL 36104

/s/ I. Ripon Britton, Jr.
_____
I. RIPON BRITTON, JR. (ASB4293-T831)
Attorney for SunTrust Bank
rbritton@handarendall.com

OF COUNSEL:
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203
(205) 324-4400 telephone
(205) 311-1163 facsimile