## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GOFF GROUP, INC., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.  2:06-cv-00389-SRW |
| vs. | ) | |
| | ) | |
| PHOENIX-DURANGO, LLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR EXTENTION OF TIME IN WHICH
## TO RESPOND TO THIRD-PARTY COMPLAINT

Come now Defendant, Phoenix-Durango, LLC, and newly added Counter Claim Defendant, SunTrust Bank, and file this Motion for Extension and as grounds therefore state that SunTrust Bank has requested and Phoenix-Durango, LLC has agreed to allow SunTrust Bank to file its responsive pleading on or before Tuesday, July 11, 2006, and said response to be treated as if timely filed pursuant to Rule 12, FRCP.

Respectfully submitted,

/s/ I. Ripon Britton, Jr.

I. RIPON BRITTON, JR. (ASB4293-T831)
Attorney for SunTrust Bank
rbritton@handarendall.com

OF COUNSEL:
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203
(205) 324-4400 telephone
(205) 311-1163 facsimile

## MOTION GRANTED

THIS 22nd DAY OF June , 20 06

**UNITED STATES MAGISTRATE JUDGE**