IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PHOENIX-DURANGO, LLC, *et al.*, | ) |
| | ) CASE NO. 2:06-cv-00389-SRW |
| Defendants / | ) |
| Counterclaim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMERON M. HARRIS & CO., INC., *et al.*, | ) |
| | ) |
| Counterclaim Defendants. | ) |

**ANSWER OF COUNTERCLAIM DEFENDANT CAMERON M. HARRIS & CO., INC.**

**COMES NOW** one of the Counterclaim Defendants, Cameron M. Harris & Co., Inc. ("Cameron Harris"), by and through its undersigned counsel, and for its answer to the Counterclaim filed by Defendant/Counterclaim Plaintiff, Phoenix-Durango, LLC, states as follows:

**FIRST DEFENSE**

Cameron Harris denies the material allegations of the Counterclaim and demands strict proof thereof.

**AFFIRMATIVE DEFENSES**

**SECOND DEFENSE**

The claims alleged in the Counterclaim fail to state a claim against Cameron Harris upon which relief may be granted.

1476846

**THIRD DEFENSE**

Cameron Harris states that if the subject property is judicially foreclosed, then Cameron Harris is entitled to be paid for the amount of its lien on the subject property.  Cameron Harris affirmatively states that it holds a lien on the subject property in the amount of $65,473.30 and is entitled to be paid from any judicial foreclosure and sale thereof.

**FOURTH DEFENSE**

Cameron Harris has done no wrong.

**FIFTH DEFENSE**

No action by Cameron Harris was the proximate cause of injury to the Defendant/Counterclaim Plaintiff.

**SIXTH DEFENSE**

No action by Cameron Harris was the actual cause of injury to the Defendant/Counterclaim Plaintiff.

Cameron Harris reserves the right to assert additional defenses as discovery progresses in this case.

    Respectfully submitted,

    /s/ Janine L. Smith
    D. Christopher Carson
    Janine L. Smith

    ATTORNEYS FOR COUNTERCLAIM DEFENDANT,
    CAMERON M. HARRIS & CO., INC.

**OF COUNSEL**:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL  35203
Telephone:	(205) 251-3000
Facsimile:	(205) 458-5100
Email:		jsmith@burr.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and, to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal
Walston, Wells & Birchall, LLP
1819 Fifth Avenue North
Suite 1100
Birmingham, AL  35203

Thomas T. Gallion, III
Jamie Johnston
Haskell, Slaughter, Young & Gallion, LLC
P. O. Box 4660
Montgomery, AL  36103-4660

Louis B. Hickman, Jr.
915 South Hull Street
Montgomery, AL  36104

                                                      /s/ Janine L. Smith
                                                    OF COUNSEL