IN THE UNITED STATES DISTRICT COURT FR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GOFF GROUP, INC. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CV 2006-00389-SRW |
| PHOENIX-DURANGO, LLC, et al., | ) ) ) |
| Defendants, | ) ) ) |
| v. | ) ) |
| GOFF GROUP, INC.; JOHN W. GOFF; COMPANION PROPERTY & CASUALTY INSURANCE COMPANY; ARTHUR M. LEADINGHAM, JR.; ROBERT M. BOWICK; WILLIAM JOSEPH DUNCAN; UNITED STATES OF AMERICA; SUNTRUST BANK; ATKINSON, HASKINS, NELLIS, HOLEMAN, BRITTINGHAM; AAA GROUNDSKEEPERS; MBNA AMERICA BANK; GE CAPITAL CORPORATION; STATE OF ALABAMA; KEMMONS WILSON, INC.; MEADOW BROOK NORTH, LLC; WILLIS OF NORTH AMERICA; GREENWICH INSURANCE COMPANY XL SPECIALTY GROUP; STUART ALLAN & ASSOCIATES, INC.; and CAMERON M. HARRIS & CO., Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Counterclaim Defendants. | ) |

## ANSWER TO COUNTERCLAIM OF COUNTERCLAIM-PLAINTIFF, PHOENIX-DURANGO, LLC

COME NOW, XL Specialty Insurance Company and Greenwich Insurance Company (hereinafter sometimes referred to as "XL and Greenwich"), counterclaim defendants in the above-styled action and as their answer to the counterclaim of Phoenix-Durango, LLC (hereinafter sometimes referred to as "Phoenix-Durango") says as follows:

1. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 1 of Phoenix-Durango's Counterclaim, and therefore deny them.

2. Admitted.

3. Admitted.

4. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 4 of Phoenix-Durango's Counterclaim, and therefore deny them.

5. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 5 of Phoenix-Durango's Counterclaim, and therefore deny them.

6. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 6 of Phoenix-Durango's Counterclaim, and therefore deny them.

7. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 7 of Phoenix-Durango's Counterclaim, and therefore deny them.

8. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 8 of Phoenix-Durango's Counterclaim, and therefore deny them.

9. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 9 of Phoenix-Durango's Counterclaim, and therefore deny them.

10. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 10 of Phoenix-Durango's Counterclaim, and therefore deny them.

11. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 11 of Phoenix-Durango's Counterclaim, and therefore deny them.

12. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 12 of Phoenix-Durango's Counterclaim, and therefore deny them.

13. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 13 of Phoenix-Durango's Counterclaim, and therefore deny them.

14. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 14 of Phoenix-Durango's Counterclaim, and therefore deny them.

15. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 15 of Phoenix-Durango's Counterclaim, and therefore deny them.

16. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 16 of Phoenix-Durango's Counterclaim, and therefore deny them.

17. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 17 of Phoenix-Durango's Counterclaim, and therefore deny them.

18. XL and Greenwich admits they hold a judgment lien against Goff Group, LLC, but deny the remainder of the allegations contained in paragraph no. 18.

19. XL and Greenwich admits they hold a judgment lien against Goff Group, LLC, but deny the remainder of the allegations contained in paragraph no. 19.

20. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 20 of Phoenix-Durango's Counterclaim, and therefore deny them.

21. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 21 of Phoenix-Durango's Counterclaim, and therefore deny them.

22. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 22 of Phoenix-Durango's Counterclaim, and therefore deny them.

23. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 23 of Phoenix-Durango's Counterclaim, and therefore deny them.

24. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 24 of Phoenix-Durango's Counterclaim, and therefore deny them.

25. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 25 of Phoenix-Durango's Counterclaim, and therefore deny them.

26. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 26 of Phoenix-Durango's Counterclaim, and therefore deny them.

## FACTUAL BACKGROUND

27. This paragraph simply realleges paragraphs 1 through 26 of the Couterclaim and therefore XL and Greenwich realleges their responses to paragraphs 1 through 26 as if set forth fully herein.

28. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 28 of Phoenix-Durango's Counterclaim, and therefore deny them.

29. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 29 of Phoenix-Durango's Counterclaim, and therefore deny them.

30. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 30 of Phoenix-Durango's Counterclaim, and therefore deny them.

31. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 31 of Phoenix-Durango's Counterclaim. , and therefore deny them.

32. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 32 of Phoenix-Durango's Counterclaim, and therefore deny them.

33. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 33 of Phoenix-Durango's Counterclaim, and therefore deny them.

34. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 34 of Phoenix-Durango's Counterclaim, and therefore deny them.

35. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 35 of Phoenix-Durango's Counterclaim, and therefore deny them.

## COUNT ONE – JUDICIAL FORECLOSURE

36. This paragraph simply realleges paragraphs 1 through 35 of the Couterclaim and therefore XL and Greenwich realleges their responses to paragraphs 1 through 35 as if set forth fully herein.
37. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 37 of Phoenix-Durango's Counterclaim, and therefore deny them.
38. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 38 of Phoenix-Durango's Counterclaim, and therefore deny them.

## COUNT TWO – BREACH OF CONTRACT

39. This paragraph simply realleges paragraphs 1 through 38 of the Couterclaim and therefore XL and Greenwich realleges their responses to paragraphs 1 through 38 as if set forth fully herein.
40. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 40 of Phoenix-Durango's Counterclaim, and therefore deny them.
41. XL and Greenwich are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in paragraph no. 41 of Phoenix-Durango's Counterclaim, and therefore deny them.

XL and Greenwich hereby deny all allegations contained in the counterclaim which are not specifically admitted. XL and Greenwich reserve the right to amend its answer to the Counterclaim of Phoenix Durango, LLC.

## AFFIRMATIVE DEFENSES

XL and Greenwich state the following affirmative defenses.

### FIRST DEFENSE

The counterclaim fails to state a claim against XL and Greenwich for which relief can be granted.

### SECOND DEFENSE

The claims stated on Phoenix Durango's Counterclaim are barred by the defenses of contributing negligence and assumption of the risk.

### THIRD DEFENSE

XL and Greenwich plead the defenses of waiver, estoppel, laches and unclean hands.

### FOURTH DEFENSE

XL and Greenwich plead the defenses of bankruptcy, release, res judicata, estoppel and waiver.

### FIFTH DEFENSE

XL and Greenwich are the holders of a properly perfected judgment lien which is attached to the subject property and further claim that they are entitled to be paid from any sales proceeds realized as a result of the sale of the subject property whether through foreclosure or otherwise.

### SEVENTH DEFENSE

XL and Greenwich are not indebted to Phoenix Durango and demand strict proof of all allegations of indebtedness and/or liability on the part of XL and Greenwich.

### EIGHTH DEFENSE

XL and Greenwich reserve the right to plead additional defenses that arise during the course of this action.

_____
Paul K. Lavelle
Attorney for XL Specialty Insurance
Company and Greenwich Insurance
Company

OF COUNSEL:
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

CERTIFICATE OF SERVICE

I hereby certify that a copy of the answer has been served upon the following by using the CM/ECF system which will send notification of such filing to the below-named or by placing a copy of the same in the U.S. Mail, postage pre-paid on this the ___28th___ day of ___June___ 2006.

Veron L. Wells, II
Walston, Wells & Birchell, LLP
1819 5th Avenue North
Suite 1100
Birmingham, AL  35203

C. Ellis Brazeal
Walston, Wells & Birchell, LLP
1819 5th Avenue North
Suite 1100
Birmingham, AL  35203

Thomas T. Gallion, III
Haskell, Slaughter, Young & Gallion, LLC
P.O. Box 4660
Montgomery, AL  36103

The Corporation Company
General Electric Capital Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

CSC Lawyers Incorporating Service, Inc.
Stuart Allan & Associates, Inc.
150 Perry Street
Montgomery, AL  36104

James F. Garrett
Companion Property & Casualty Insurance Company
184 Commerce Street
Montgomery, AL  36104

Daniel Realty Company
Meadow Brook North, LLC
3595 Grandview Parkway; Suite 400
Birmingham, AL  35243

CSC Lawyers Incorporating Service, Inc.
Kemmons Wilson, Inc.
150 Perry Street
Montgomery, AL 36104

Jesse D. Burgher
AAA Groundskeepers, LLC
3519 Cloverdale Road
Montgomery, AL 36111

The Corporation Company
SunTrust Bank
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Arthur M. Leadingham, Jr.
7001 Brockport Court
Montgomery, AL 36117

D. David Parsons
Registered Agent for Robert N. Bowick
322 Fox Den Court
Destin, FL 32541

Michael Atkinson
Atkinson, Haskins, Nellis, Holeman, Brittingham
1500 Park Centre
525 South Main Street
Tulsa, OK 74103

CSC Corporation Service Company
Cameron M. Harris & Co., Inc.
327 Hillsborough Street
Raleigh, NC 27603

Leura Garrett Canary
U.S. Attorney for Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

Alberto R. Gonzales
Attorney General of the U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

G. Thomas Surtees
Department of Revenue
50 North Ripley Street
Montgomery, AL 36132

Troy King
Alabama Attorney General
11 South Union Street
Montgomery, AL 36132

The Corporation Company
Willis of North America, Inc.
1209 Orange Street
Wilmington, DE 19801

MBNA America Bank
Registered Agent
1100 North King Street
Wilmington, DE 19884

William Joseph Duncan
c/o Southern Brokerage Services, Inc.
80 TechnaCenter Drive
Montgomery, AL 36117

/s/ Paul K. Rolle
OF COUNSEL