IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GOFF GROUP, INC., et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| PHOENIX-DURANGO, LLC., et al., | * |
| | * |
| Defendants, | *  Civil Action No. 2:06-cv-00389-SRW |
| | * |
| v. | * |
| | * |
| GOFF GROUP, INC.; JOHN W. GOFF; | * |
| COMPANION PROPERTY & CASUALTY | * |
| INSURANCE COMPANY; et al., | * |
| | * |
| Counterclaim Defendants. | * |

**MOTION FOR EXTENSION OF TIME IN
WHICH TO RESPOND TO THIRD-PARTY COMPLAINT**

COMES NOW the counterclaim defendant Companion Property & Casualty Insurance Company and files this motion for extension and as grounds therefore states that Companion has requested and Phoenix-Durango has agreed to allow Companion to file its responsive pleading on or before July 14, 2006, and said response to be treated as is timely filed pursuant to Rule 12, FRCP.

s/F. Chadwick Morriss
F. Chadwick Morriss
Attorney for Counterclaim Defendant Companion
Property & Casualty Insurance Company

F. Chadwick Morriss (ASB-8504-S75F)
Alan T. Hargrove, Jr. (ASB-7018-H46A)
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: FCM@rsjg.com (Morriss)
Email: ATH@rsjg.com (Hargrove)

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 29, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jason James Baird, Paul L. Beckman, Jr., Clyde Ellis Brazeal, III, Issac Ripon Britton, Jr., Donald Christopher Carson, Winston Whitehead Edwards, Thomas T. Gallion, III, David Cushing Hilyer, Jamie Austin Johnston, Paul Kenneth Lavelle, George Marion (Jack) Neal, Jr., Anthony Ryan Smith, Janine L. Smith, and Vernon L. Wells, II**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Michael J. Ernst**
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320

**Lewis B. Hickman, Jr**
915 S. Hull Street
Montgomery, AL 36104

**Kemmons Wilson, Inc.**
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

**MBNA America Bank**
MBNA America Bank (Delaware)
Registered Agent, MBNA America Bank (Delaware)
1100 North King Street
Wilmington, DE 19884

**Meadow Brook North, LLC**
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930

**State of Alabama**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

**Stuart Allan & Associates, Inc.**
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

**United States of America**
c/o Leura Garrett Canary
US Attorney, MDAL
One Court Square, Suite 201
Montgomery, AL 36104

**Willis of North America**
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

Respectfully submitted,

s/F. Chadwick Morriss
F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: FCM@rsjg.com
ASB-8504-S75F