**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **GOFF GROUP, INC., et al,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 2:06cv389-SRW** |
| | ) | |
| **PHOENIX-DURANGO, LLC, et al,** | ) | |
| | ) | |
| **Defendants/** | ) | |
| **Counterclaim Plaintiffs,** | ) | |
| | ) | |
| **CAMERON M. HARRIS & Co., INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Counterclaim Defendants.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

Comes now the United States of America, by and through Leura G. Canary, United

States Attorney for the Middle District of Alabama, on behalf of the United States of

America, Department of the Treasury, Internal Revenue Service (Service), to advise the

Court and counsel for all parties, that Leura G. Canary, the United States Attorney for the

Middle District of Alabama, is the attorney of record for the Service; and to request that all

notices and responses be served upon Ms. Canary or an Assistant United States Attorney,

the Service, and Counsel for the Service at the addresses listed below:

| | | |
|---|---|---|
| Leura G. Canary | Robert W. West | Internal Revenue Service |
| Attn: Patricia Allen Conover | Associate Area Counsel | Insolvency Unit Room 126 |
| Assistant U.S. Attorney | Internal Revenue Service, | 801 Tom Martin Drive |
| Post Office Box 197 | Room 257 | Birmingham, AL 35211 |
| Montgomery, AL3610 | 801 Tom Martin Drive | |
| | Birmingham, AL 35211 | |

Respectfully submitted this the 6th day of July, 2006.

LEURA G. CANARY
United States Attorney


/S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
ASB 2214 R64P
Assistant United States Attorney
Telephone:  (334) 223-7280         Post Office Box 197
Facsimile:    (334)223-7201         Montgomery, Alabama 36101-0197
Patricia.Conover@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of July, 2006, I  caused to be served a copy of the foregoing document, Notice of Appearance, by the method indicated, upon the following:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106
[U. S. Postal Service]

Companion Property & Casualty
    Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, AL 36104
[U.S. Postal Service]

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320
{U.S. Postal Service]

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
[U.S. Postal Service]

Lewis Hickman
915 S. Hull Street
Montgomery, AL 36104
[U.S. Postal Service]

Kemmons Wilson, Inc.
CSC Lawyers Incorporating
    Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

MBNA American Bank
MBNA American Bank (Delaware)
1100 North King Street
Wilmington, DE 19884
[U.S. Postal Service]

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930
[U.S. Postal Service]

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
[U.S. Postal Service]

Stuart Allan & Associates, Inc.
CSC Lawyers, Incorporating
    Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
[U.S. Postal Service]

Via Electronic filing upon the following:

Jason James Baird,
jbaird@slatenlaw.com,
jwindham@slatenlaw.com

Clyde Ellis Brazeal, III,
ebrazeal@walstonwells.com
tmoody@walstonwells.com

Issac Ripon Britton, Jr.,
rbritton@handarendall.com

Donald Christopher Carson,
ccarson@burr.com
kweaver@burr.com

Winston Whitehead Edwards,
wedwards@crdlawform.com

Thomas T. Gallion, III,
mp@hsy.com
ttg@hsy.com

David Cushing Hilyer,
dhilyer@crdlawfirm.com



 /S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney
Patricia.Conover@usdoj.doj