**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

**RECEIVED**

2006 JUL -6  A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

July 05, 2006

United States District Court
One Church Street,
Montgomery, AL  36101-0711

Re:  Goff Group, Inc., et al., Pltfs. vs. Phoenix-Durango, LLC, et al., Dfts. // To: Willis of North America
Case No.  2:06-cv-389

Dear Sir/Madam:

We are herewith returning the Attachment, Notice, Order, Consent, Request which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name:   Willis North America. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

*[signature]*

Anna Stewart
Process Specialist

Log# 511288745

Fedex No.:   7919 8769 8521


cc:  New York SOP Support