IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GOFF GROUP, INC., et al,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:06cv389-SRW |
| ) | |
| **PHOENIX-DURANGO, LLC, et al,** ) | |
| ) | |
| Defendants/ ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| **CAMERON M. HARRIS & CO., INC.,** ) | |
|   et al., ) | |
| ) | |
| Counterclaim Defendants. ) | |

### ANSWER OF THE UNITED STATES OF AMERICA
### [INTERNAL REVENUE SERVICE]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States of America, Department of the Treasury, Internal Revenue Service (Service), as one of the Counterclaim Defendants in this matter; and in answer to the Counterclaim of Phoenix Durango, LLC states as follows:

1. The United States of America admits the jurisdiction of this Court and that it is one of the Counterclaim Defendants in this litigation.

2. The United States of America admits that it has recorded Notices of Federal Liens against Goff NBA, Inc. currently known as the Goff Group, Inc., the Plaintiffs in this matter. The tax liens were filed on November 18, 2004, May 17, 2006, and June 14, 2006 with the Office of the Secretary of State, State of Alabama.

3. The United States of America admits that if Phoenix-Durango succeeds on its claim of judicial foreclosure that the United States of America is entitled to receive any

proceeds that might be available to it according to its level of seniority with respect to any other liens holders.

    4.    None of the other allegations in the Counterclaim are directed toward the United States of America and, therefore, no response appears to be required from it as to those additional allegations. To the extent that any such response is required, the United States of America is without sufficient information to admit or deny such allegations and demands strict proof thereof.

    Respectfully submitted this the 10th day of July, 2006.

                      LEURA G. CANARY
                      United States Attorney

                      /S/ Patricia Allen Conover
                      PATRICIA ALLEN CONOVER
                      ASB 2214 R64P
                      Assistant United States Attorney

Telephone: (334) 223-7280       Post Office Box 197
Facsimile:  (334) 223-7201       Montgomery, Alabama 36101-0197
                      Patricia.Conover@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of July, 2006, I caused to be served a copy of the foregoing document, Answer of the United States of America, by the methods indicated, upon the following:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106
[U. S. Postal Service]

Companion Property & Casualty
  Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, AL 36104
[U.S. Postal Service]

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320
[U.S. Postal Service]

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
[U.S. Postal Service]

Lewis Hickman
915 S. Hull Street
Montgomery, AL 36104
[U.S. Postal Service]

Kemmons Wilson, Inc.
CSC Lawyers Incorporating
  Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

MBNA American Bank
MBNA American Bank (Delaware)
1100 North King Street
Wilmington, DE 19884
[U.S. Postal Service]

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930
[U.S. Postal Service]

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
[U.S. Postal Service]

Stuart Allan & Associates, Inc.
CSC Lawyers, Incorporating
  Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
[U.S. Postal Service]

Via Electronic filing upon the following:

Jason James Baird,
jbaird@slatenlaw.com,
jwindham@slatenlaw.com

Clyde Ellis Brazeal, III,
ebrazeal@walstonwells.com
tmoody@walstonwells.com

Issac Ripon Britton, Jr.,
rbritton@handarendall.com

Donald Christopher Carson,
ccarson@burr.com
kweaver@burr.com

Winston Whitehead Edwards,
wedwards@crdlawform.com

Thomas T. Gallion, III,
mp@hsy.com
ttg@hsy.com

David Cushing Hilyer,
dhilyer@crdlawfirm.com


 /S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney
Patricia.Conover@usdoj.doj