IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GOFF GROUP, INC.,              )
                                 )
       Plaintiff,           )
v.                            )    CASE NO. 2:06-cv-389-MEF
                                 )
PHOENIX-DURANGO, LLC, *et al.,*   )
                                 )
       Defendants.      )

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (D0c. #9) filed on May 26, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before July 24, 2006.  The plaintiff may file a reply brief on or before July 31, 2006.

DONE this 11th day of July, 2006.

                                    /s/ Mark E. Fuller
                  CHIEF UNITED STATES DISTRICT JUDGE