IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-389-MEF |
| ) | |
| PHOENIX-DURANGO, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Counterclaim-Defendant Companion Property & Casualty Insurance Company's Motion for Extension (Doc. #48) filed on June 29, 2006, it is hereby

ORDERED that the motion is GRANTED. This party shall have until July 21, 2006 to file its answer.

DONE this the 18th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE