IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-389-MEF |
| | ) |
| PHOENIX-DURANGO, LLC, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #59) filed on July 18, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before July 31, 2006 as to why the motion should not be granted.

DONE this the 19th day of July, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE