# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GOFF GROUP, INC., et al. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CASE NO. 2:06-cv-00389-SRW |
| vs. ) | |
| ) | |
| PHOENIX-DURANGO, LLC, et al. ) | |
| ) | |
|     Defendants and ) | |
|     Counterclaim Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN GOFF, et al., ) | |
| ) | |
|     Counterclaim Defendants. ) | |

___

## MOTION TO WITHDRAW
___

Comes now Michael Ernst, a member of the bar of the State of Georgia and moves to withdraw as attorney for SunTrust Bank. As grounds for this motion, the undersigned counsel states as follows:

1.    The undersigned is a member of the bar of the State of Georgia and, along with local counsel, I. Ripon Britton, Jr., entered an appearance on behalf of SunTrust Bank with the filing of a Motion for Extension of Time for SunTrust to file its answer to the counterclaim of Phoenix-Durango, LLC.

2.    Michael Ernst seeks to withdraw as counsel for SunTrust Bank in this matter. SunTrust Bank will be represented by I. Ripon Britton, Jr. This will not cause a delay in the handling of this cause.

                                        /s/ I. Ripon Britton, Jr.
                                        _____

OF COUNSEL:                           I. RIPON BRITTON, JR. (ASB4293-T831)
Hand Arendall, LLC                  Attorney for SunTrust Bank
2001 Park Place North               rbritton@handarendall.com
1200 Park Place Tower
Birmingham, AL 35203
(205) 324-4400 telephone
(205) 311-1163 facsimile


                                        /s/ Michael J. Ernst (with permission)
                                        _____

OF COUNSEL:                           MICHAEL J. ERNST
Stokes, Lazaurus & Carmichael, LLP    mje@slclaw.com
80 Peachtree Park Drive
Atlanta, GA 30309-1320
(404) 352-1465 telephone
(404) 352-8463 facsimile

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| GOFF GROUP, INC., et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:06-cv-00389-SRW |
| vs. ) | |
| ) | |
| PHOENIX-DURANGO, LLC, et al. ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN GOFF, et al., ) | |
| ) | |
| Counterclaim Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July ___, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send notification of such filing to the following:

Jamie Austin Johnston
jj@hsy.com
Haskell Slaughter Young & Gallion, LLC
*(Attorney for John W. Golf & Goff Group, Inc.)*

Thomas T. Gallion, III
mp@hsy.com
Haskell Slaughter Young & Gallion, LLC
*(Attorney for John W. Goff and Goff Group, Inc.)*

Clyde Ellis Brazeal, III
ebrazeal@walstonwells.com
Walston Wells Anderson & Bains, LLP
*(Attorney for Phoenix-Durango, LLC, Jeremiah A. Henderson, II, & Jeremiah A. Henderson, III)*

Vernon L. Wells, II
vwells@walstonwells.com
Walston Wells Anderson & Bains, LLP
*(Attorney for Phoenix-Durango, LLC, Jeremiah A. Henderson, II, & Jeremiah A. Henderson, III))*

Alan Thomas Hargrove, Jr.
ath@rsjg.com
Rushton Stakely Johnston & Garrett, PC
*(Attorney for Companion Property & Casualty Insurance Company)*

F. Chadwick Morriss
fcm@rsjg.com
Rushton Stakely Johnston & Garrett, PC
*(Attorney for Companion Property & Casualty Insurance Company)*

Winston Whitehead Edwards
wedwards@crdlawfirm.com
Craddock Reneker & Davis, LLP
*(Attorney for Atkinson, Haskins, Nellis, Holeman, Brittingham)*

David Cushing Hilyer
dhilyer@crdlawfirm.com
Craddock Reneker & Davis, LLP
*(Attorney for Atkinson, Haskins, Nellis, Holeman, Brittingham)*

Jason James Baird
jbaird@slatenlaw.com
Slaten & O'Connor, PC
*(Attorney for Arthur M. Leadingham, Jr.)*

Patricia Allen Conover
patricia.conover@usdoj.gov
U.S. Attorney's Office
*(Attorney for United States of America)*

Paul L. Beckman, Jr.
page@cbrlegal.com
*(Attorney for AAA Groundskeepers)*

George Marion (Jack) Neal, Jr.
jneal@sirote.com
Sirote & Permutt, P.C.
*(Attorney for GE Capital Corporation)*

Anthony Ryan Smith
tsmith@Sirote.com
Sirote & Permutt, P.C.
*(Attorney for GE Capital Corporation*

Paul Kenneth Lavelle
plavelle@ysllaw.com
Yearout Spina & Lavelle, PC
*(Attorney for Greenwich Insurance Company & XL Specialty Group)*

Donald Christopher Carson
ccarson@burr.com
Burr & Forman, LLP
*(Attorney for Cameron H. Harris & Co., Inc.)*

Janine L. Smith
jsmith@burr.com
Burr & Forman, LLP
*(Attorney for Cameron H. Harris. & Co., Inc.)*

that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320

William Joseph Duncan
c/o Southern Brokerage Services, Inc.
80 TechnaCenter Drive
Montgomery, AL 36117
*(Pro Se)*

MBNA America Bank
Registered Agent, MBNA America Bank
1100 North King Street
Wilmington, DE 19884
*(Pro Se)*

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130  *(Pro Se)*

Companion Property & Casualty Insurance Company
c/o James F. Garrett, Registered Agent
184 Commerce Street
Montgomery, AL 36104
(*Pro Se*)

GE Capital Corporation
c/o the Corporation Company,
Registered Agent
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36109
*(Pro Se)*

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
*(Pro Se)*

Lewis B. Hickman, Jr.
915 S. Hull Street
Montgomery, AL 36104

Stuart Allan & Associates, Inc.  
CSC Lawyers Incorporating Service, Inc.  
Registered Agent  
150 Perry Street  
Montgomery, AL 36104  
***(Pro Se)***

Willis of North America  
The Corporation Trust Company  
 ***(Pro Se)***

Meadow Brook North, LLC  
3595 Grandview Parkway, Suite 400  
Birmingham, AL  35243-1930  
***(Pro Se)***

 

/s/ I. Ripon Britton, Jr.  
_____  
I. RIPON BRITTON, JR. (ASB4293-T831)  
Attorney for SunTrust Bank  
rbritton@handarendall.com

OF COUNSEL:  
Hand Arendall, LLC  
2001 Park Place North  
1200 Park Place Tower  
Birmingham, AL 35203  
(205) 324-4400 telephone  
(205) 311-1163 facsimile