IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

# EXHIBIT A

GOFF GROUP, INC., and JOHN W.
GOFF,

        Plaintiffs,

v.

PHOENIX-DURANGO, et al.,

        Defendants.

CIVIL ACTION NO.
2:06cv389-SRW

## AFFIDAVIT OF JEREMIAH A. HENDERSON III

STATE OF HAWAII

COUNTY OF HONOLULU

Before me the undersigned, a notary public in and for said state and county, did personally appear Jeremiah A. Henderson III, who did depose and say on oath as follows:

(1)    My name is Jeremiah A. Henderson III, and I am a defendant in the above-styled lawsuit.

(2)    I have previously executed an Affidavit in Opposition to the Plaintiffs' Motion to Remand this case from the United States District Court for the Middle District of Alabama to the Circuit Court of Montgomery County, Alabama.

(3)    I have been furnished with a copy of an Internet listing under White Pages.com for a telephone number (334-566-0247) in Troy, Alabama, under the name of my father, Jeremiah H. ("Jere") Henderson. Because my father is currently traveling out of the country, I am responding to the Plaintiffs' filing.

(4)    More than ten years ago, my family owned approximately 4,000 acres of land in Troy, Alabama. A log cabin built by my ancestors in or around 1850 was located on that

property. My family sold all of this property to Lockheed, retaining only 20 acres, on which the log cabin in question was located, more than ten years ago. The telephone number in question has served the log cabin since approximately 1985. The number has always been listed in my father's name, although he never resided in the cabin. My father left Alabama and moved to Florida, and subsequently to Texas, more than ten years ago. He is presently a resident of Humble, Texas, where has resided since January 2004.

(5)    The log cabin mentioned above has not been occupied by my father or by anyone else for more than ten years. It is maintained by the family solely for its historical significance.

FURTHER, the Affiant sayeth not.

_____
Jeremiah A. Henderson III

Sworn to and subscribed before me this

24th day of July, 2006.

_____
Notary Public CHERYL A. MOORE

My commission expires: 3/23/07