## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **GOFF GROUP, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. CV-2006-00389-SRW** |
| | ) | |
| **PHOENIX-DURANGO, LLC, et al.,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GOFF GROUP, INC., et al.,** | ) | |
| | ) | |
| **Counterclaim Defendants.** | ) | |

## ACCEPTANCE AND WAIVER

TROY KING, Attorney General of the State of Alabama, acknowledges service of the

**Answer of AAA Groundskeepers, LLC** in the above-styled cause pursuant to §6-6-227 *Code of*

*Alabama,* 1975 (Attached).  The Attorney General, having filed this Acceptance and Waiver in

this action, hereby waives any further service upon him of any pleadings, discovery and other

matters filed in this cause and presently waives the right to be heard.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

BILLINGTON M. GARRETT, GAR029
ASSISTANT ATTORNEY GENERAL

RECEIVED BY US MAIL
OR COMMERCIAL COURIER

JUL 1 7 2006

ALABAMA DEPT OF INSURANCE
EXAMINERS DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of July, 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Paul L. Beckman, Jr., Esquire
Capouano, Beckman, Russell & Gregg, L.L.C.
Post Office Drawer 4689
Montgomery, Alabama 36103

Thomas T. Gallion, III, Esquire
Jamie Austin Johnson, Esquire
Haskell Slaughter Young & Gallion, L.L.C.
Post Office Box 4660
Montgomery, Alabama 36103-4660

Lewis B. Hickman, Esquire
915 South Hull Street
Montgomery, Alabama 36104

Clyde Ellis Brazeal, III, Esquire
Vernon L. Well, II, Esquire
Walston Wells Anderson & Bains, L.L.P.
Post Office Box 830642
Birmingham, Alabama 35283-0642

Jason James Baird, Esquire
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Companion Property & Casualty
Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, Alabama 36104

SunTrust Bank
c/o The Corporation Company
Registered Agent
2000 Interstate Park Drive
suite 204
Montgomery, Alabama 36109

Atkinson, Haskins, Nellis, Holeman,
  Brittingham
1500 ParkCentre
525 South Main Street
Tulsa, Oklahoma  74103-4524

Winston Whitehead Edwards, Esquire
David Cushing Hilyer, Esquire
Craddock Reneker & Davis, L.L.P.
4142 Carmichael Road, Suite C
Montgomery, Alabama  36106-2802

MBNA America Bank
MBNA America Bank (Delaware)
Registered Agent, MBNA America
  Bank (Delaware)
1100 North King Street
Wilmington, Delaware  19884

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, Alabama  36104

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, Delaware  19801

Greenwich Insurance Company
c/o S. David Parsons, Commissioner
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, Alabama  36130-3351

XL Specialty Group
c/o Richard Ball, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 South Perry Street
Montgomery, Alabama  36104

Daniel Realty Company
Registered Agent
Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, Alabama  35243-1930

D. David Parsons, Commissioner
Registered Agent for Robert N. Bowick
322 Fox Den Court
Destin, Florida  32541-4317

CSC Corporation Service Company
Registered Agent for Cameron M. Harris
    & Company, Inc.
327 Hillsborough Street
Raleigh, North Carolina  27603

Leura Garrett Canary
United States Attorney for Middle
    District of Alabama
One Court Square, Suite 201
Montgomery, Alabama  36104

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-00001

G. Thomas Surtees, Commissioner
Alabama Department of Revenue
50 North Ripley Street
Montgomery, Alabama  36132

William Joseph Duncan
c/o Southern Brokerage Services, Inc.
80 TechnaCenter Drive
Montgomery, Alabama  36117

BILLINGTON M. GARRETT, GAR029
ASSISTANT ATTORNEY GENERAL


**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227.  Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding.   In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard.  (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)