IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GOFF GROUP, INC., et al,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 2:06cv389-SRW |
| ) | |
| **PHOENIX-DURANGO, LLC, et al,** ) | |
| ) | |
| **Defendants/** ) | |
| **Counterclaim Plaintiffs,** ) | |
| ) | |
| **CAMERON M. HARRIS & CO., INC.,** ) | |
| **et al.,** ) | |
| ) | |
| **Counterclaim Defendants.** ) | |

RECEIVED BY US MAIL
OR COMMERCIAL COURIER

JUL 1 3 2006

ALABAMA DEPT OF INSURANCE
EXAMINERS DIVISION

## ANSWER OF THE UNITED STATES OF AMERICA
## [INTERNAL REVENUE SERVICE]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States of America, Department of the Treasury, Internal Revenue Service (Service), as one of the Counterclaim Defendants in this matter; and in answer to the Counterclaim of Phoenix Durango, LLC states as follows:

1. The United States of America admits the jurisdiction of this Court and that it is one of the Counterclaim Defendants in this litigation.

2. The United States of America admits that it has recorded Notices of Federal Liens against Goff NBA, Inc. currently known as the Goff Group, Inc., the Plaintiffs in this matter. The tax liens were filed on November 18, 2004, May 17, 2006, and June 14, 2006 with the Office of the Secretary of State, State of Alabama.

3. The United States of America admits that if Phoenix-Durango succeeds on its claim of judicial foreclosure that the United States of America is entitled to receive any

proceeds that might be available to it according to its level of seniority with respect to any other liens holders.

4. None of the other allegations in the Counterclaim are directed toward the United States of America and, therefore, no response appears to be required from it as to those additional allegations. To the extent that any such response is required, the United States of America is without sufficient information to admit or deny such allegations and demands strict proof thereof.

Respectfully submitted this the 10th day of July, 2006.

LEURA G. CANARY
United States Attorney

/S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
ASB 2214 R64P
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Patricia.Conover@usdoj.gov

Telephone: (334) 223-7280
Facsimile:   (334) 223-7201

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of July, 2006, I caused to be served a copy of the foregoing document, Answer of the United States of America, by the methods indicated, upon the following:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106
[U. S. Postal Service]

Companion Property & Casualty
 Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, AL 36104
[U.S. Postal Service]


Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320
[U.S. Postal Service]

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
[U.S. Postal Service]

Lewis Hickman
915 S. Hull Street
Montgomery, AL 36104
[U.S. Postal Service]

Kemmons Wilson, Inc.
CSC Lawyers Incorporating
 Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

MBNA American Bank
MBNA American Bank (Delaware)
1100 North King Street
Wilmington, DE 19884
[U.S. Postal Service]

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930
[U.S. Postal Service]

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
[U.S. Postal Service]


Stuart Allan & Associates, Inc.
CSC Lawyers, Incorporating
 Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
[U.S. Postal Service]

Via Electronic filing upon the following:

Jason James Baird,
jbaird@slatenlaw.com,
jwindham@slatenlaw.com

3

**Answers to Complaints**
2:06-cv-00389-MEF-SRW Goff Group, Inc. et al v. Phoenix-Durango, LLC et al

## U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Conover, Patricia Allen entered on 7/10/2006 at 3:15 PM CDT and filed on 7/10/2006
**Case Name:**      Goff Group, Inc. et al v. Phoenix-Durango, LLC et al
**Case Number:**    2:06-cv-389
**Filer:**          United States of America
**Document Number:** 52

**Docket Text:**
ANSWER to Complaint *of the United States of America* by United States of America.(Conover, Patricia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=7/10/2006] [FileNumber=567390-0]
[accb7bc3102d41b5afce97c8dbc0f4796d2270c7ac5fe236f8896a04370e17bc1f87
c72ed5cb7bf97a0b2b9411373db1a73815e8e59febae80023d892b622878]]

**2:06-cv-389 Notice will be electronically mailed to:**

Jason James Baird      jbaird@slatenlaw.com, jwindham@slatenlaw.com

Paul L. Beckman , Jr      page@cbrlegal.com,

Clyde Ellis Brazeal , III      ebrazeal@walstonwells.com, tmoody@walstonwells.com

Issac Ripon Britton , Jr      rbritton@handarendall.com,

Donald Christopher Carson      ccarson@burr.com, kweaver@burr.com

Patricia Allen Conover      patricia.conover@usdoj.gov

Winston Whitehead Edwards      wedwards@crdlawfirm.com

Thomas T. Gallion , III      mp@hsy.com, ttg@hsy.com

Alan Thomas Hargrove , Jr      ath@rsjg.com, jcanty@rsjg.com

David Cushing Hilyer      dhilyer@crdlawfirm.com

Jamie Austin Johnston      jj@hsy.com, act@hsy.com

https://ecf.almd.uscourts.gov/cgi-bin/Dispatch.pl?622098286296789      7/10/2006

Paul Kenneth Lavelle    plavelle@ysllaw.com, paull@ysllaw.com

George Marion (Jack) Neal , Jr    jneal@sirote.com, jirvin@sirote.com

Anthony Ryan Smith    tsmith@sirote.com, cwelch@sirote.com

Janine L. Smith    jsmith@burr.com, mstinson@burr.com

Vernon L. Wells , II    vwells@walstonwells.com, mreichle@walstonwells.com

**2:06-cv-389 Notice will be delivered by other means to:**

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320

Lewis B. Hickman , Jr
915 S. Hull Street
Montgomery, AL 36104

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

MBNA America Bank
MBNA America Bank (Delaware)
Registered Agent, MBNA America Bank (Delaware)
1100 North King Street
Wilmington, DE 19884

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

Willis of North America
BAD ADDRESS
,