IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 26 A 9: 43

| | | |
|---|---|---|
| GOFF GROUP, INC., et al, | ) | |
| Plaintiff, | ) | Civil Action No. 2:06cv389-SRW |
| | ) | |
| PHOENIX-DURANGO, LLC, et al, | ) | |
| Defendants/ Counterclaim Plaintiffs, | ) | |
| | ) | |
| CAMERON M. HARRIS & Co., INC., et al., | ) | |
| Counterclaim Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States of America, Department of the Treasury, Internal Revenue Service (Service), to advise the Court and counsel for all parties, that Leura G. Canary, the United States Attorney for the Middle District of Alabama, is the attorney of record for the Service; and to request that all notices and responses be served upon Ms. Canary or an Assistant United States Attorney, the Service, and Counsel for the Service at the addresses listed below:

Leura G. Canary
Attn: Patricia Allen Conover
Assistant U.S. Attorney
Post Office Box 197
Montgomery, AL 3610

Robert W. West
Associate Area Counsel
Internal Revenue Service,
 Room 257
801 Tom Martin Drive
Birmingham, AL 35211

Internal Revenue Service
Insolvency Unit Room 126
801 Tom Martin Drive
Birmingham, AL 35211

Respectfully submitted this the 6th day of July, 2006.

                                          LEURA G. CANARY
                                        United States Attorney

                                        /S/ Patricia Allen Conover
                                        PATRICIA ALLEN CONOVER
                                        ASB 2214 R64P
                                        Assistant United States Attorney

Telephone:  (334) 223-7280          Post Office Box 197
Facsimile:    (334) 223-7201          Montgomery, Alabama 36101-0197
                                        Patricia.Conover@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of July, 2006, I caused to be served a copy of the foregoing document, Notice of Appearance, by the method indicated, upon the following:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106
[U. S. Postal Service]

Companion Property & Casualty
  Insurance Company
c/o James F. Garrett
Registered Agent
184 Commerce Street
Montgomery, AL 36104
[U.S. Postal Service]


Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320
{U.S. Postal Service]

Greenwich Insurance Company
c/o S. David Parsons, Commissioner,
Registered Agent for Greenwich
Alabama Department of Insurance
201 Monroe Street, Suite 1700
Montgomery, AL 36130-3351
[U.S. Postal Service]

Lewis Hickman
915 S. Hull Street
Montgomery, AL 36104
[U.S. Postal Service]

Kemmons Wilson, Inc.
CSC Lawyers Incorporating
  Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

MBNA American Bank
MBNA American Bank (Delaware)
1100 North King Street
Wilmington, DE 19884
[U.S. Postal Service]

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930
[U.S. Postal Service]

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
[U.S. Postal Service]

Stuart Allan & Associates, Inc.
CSC Lawyers, Incorporating
  Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104
[U.S. Postal Service]

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801
[U.S. Postal Service]

Via Electronic filing upon the following:

Jason James Baird,
jbaird@slatenlaw.com,
jwindham@slatenlaw.com

Clyde Ellis Brazeal, III,
ebrazeal@walstonwells.com
tmoody@walstonwells.com

Issac Ripon Britton, Jr.,
rbritton@handarendall.com

Donald Christopher Carson,
ccarson@burr.com
kweaver@burr.com

Winston Whitehead Edwards,
wedwards@crdlawform.com

Thomas T. Gallion, III,
mp@hsy.com
ttg@hsy.com

David Cushing Hilyer,
dhilyer@crdlawfirm.com


/S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney
Patricia.Conover@usdoj.doj

**Notices**

2:06-cv-00389-MEF-SRW Goff Group, Inc. et al v. Phoenix-Durango, LLC et al

U.S. District Court

**Alabama Middle District**

Notice of Electronic Filing

The following transaction was received from Conover, Patricia Allen entered on 7/6/2006 at 3:57 PM CDT and filed on 7/6/2006

**Case Name:**      Goff Group, Inc. et al v. Phoenix-Durango, LLC et al
**Case Number:**    2:06-cv-389
**Filer:**          United States of America
**Document Number:** 50

**Docket Text:**
NOTICE of Appearance by Patricia Allen Conover on behalf of United States of America (Conover, Patricia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=7/6/2006] [FileNumber=565806-0]

[2a3ff6d9458d5cadd56fff4dac068a6386f142f4b386a975ad91b965f5a79cff79087
3717b37a2d10b6d469ecfdb277187cb747065c17aeb72546e796677059c]]

**2:06-cv-389 Notice will be electronically mailed to:**

Jason James Baird    jbaird@slatenlaw.com, jwindham@slatenlaw.com

Paul L. Beckman , Jr    page@cbrlegal.com,

Clyde Ellis Brazeal , III    ebrazeal@walstonwells.com, tmoody@walstonwells.com

Issac Ripon Britton , Jr    rbritton@handarendall.com,

Donald Christopher Carson    ccarson@burr.com, kweaver@burr.com

Winston Whitehead Edwards    wedwards@crdlawfirm.com

Thomas T. Gallion , III    mp@hsy.com, ttg@hsy.com

Alan Thomas Hargrove , Jr    ath@rsjg.com, jcanty@rsjg.com

David Cushing Hilyer    dhilyer@crdlawfirm.com

Jamie Austin Johnston    jj@hsy.com, act@hsy.com

Paul Kenneth Lavelle    plavelle@ysllaw.com, paull@ysllaw.com

George Marion (Jack) Neal , Jr    jneal@sirote.com, jirvin@sirote.com

Anthony Ryan Smith    tsmith@sirote.com, cwelch@sirote.com

Janine L. Smith    jsmith@burr.com, mstinson@burr.com

Vernon L. Wells , II    vwells@walstonwells.com, mreichle@walstonwells.com

**2:06-cv-389 Notice will be delivered by other means to:**

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320

Lewis B. Hickman , Jr
915 S. Hull Street
Montgomery, AL 36104

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

MBNA America Bank
MBNA America Bank (Delaware)
Registered Agent, MBNA America Bank (Delaware)
1100 North King Street
Wilmington, DE 19884

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street

Montgomery, AL 36104

United States of America
c/o Leura Garrett Canary
US Attorney, MDAL
One Court Square, Suite 201
Montgomery, AL 36104

Willis of North America
The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801