IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-389-MEF |
| | ) |
| PHOENIX-DURANGO, LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by Michael Ernst (Doc. #61) on July 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 27th day of July, 2006.

                                    /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE