IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-389-MEF |
| | ) |
| PHOENIX-DURANGO, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery (Doc. #9 & 67), filed on May 26, 2006, it is hereby

ORDERED that the motion is GRANTED. The Plaintiff shall have until September 22, 2006 to conduct discovery, which shall be limited to only jurisdictional related issues. The Plaintiff may then file a supplemental brief supporting its Motion to Remand by September 29, 2006, and the Defendants shall file any response by October 6, 2006.

Done this 9th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE