IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-389-MEF |
| | ) |
| PHOENIX-DURANGO, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Stay Proceedings (Doc. #71) on August 31, 2006, it is hereby

ORDERED that the parties show cause in writing on or before September 15, 2006 as to why the motion should not be granted.

DONE this the 6th day of September, 2006.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE