IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., et al | * |
| Plaintiffs, | * |
| vs. | * Civil Action No. 2:06cv389-SRW |
| PHOENIX-DURANGO, LLC; JEREMIAH A. HENDERSON, II; and JEREMIAH A. HENDERSON, III | * |
| Defendants and Counterclaim Plaintiffs, | * |
| vs. | * |
| GOFF GROUP, INC., et al | * |
| Counterclaim Defendants. | * |

## NOTICE OF WITHDRAWAL

COME NOW John W. Goff and notifies this Court that he withdrawals the pending Motion to Remand based upon the jurisdictional discovery conducted herein. Further, John W. Goff notifies this Court that he does not oppose the stay requested by the Bankruptcy Trustee.

Respectfully submitted,

s/ Thomas T. Gallion, III
Thomas T. Gallion, III
Jamie A. Johnston

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573     Telephone
(334) 264-7945     Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on the ____ day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

I. Ripon Britton, Jr., Esq.
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, Alabama 35203

Winston Whitehead Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802

Paul L. Beckman, Jr., Esq.
Capouano Beckman Russell & Gregg, LLC
Post Office Drawer 4689
Montgomery, Alabama 36103-4689

Paul K. Lavelle, Esq.
Yearout, Spina & Lavelle
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jason James Baird, Esq.
Slaten & O'Connor, PC
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, Alabama 36104

Donald Christopher Carson, Esq.
Janine L. Smith, Esq.
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

George M. (Jack) Neal, Jr., Esq.
Anthony Ryan Smith, Esq.
Sirote & Permutt, PC
Post Office Box 55727
Birmingham, Alabama 35255-5727

F. Chadwick Morris, Esq.
Rushton Stakely Johnston & Garrett
Post Office Box 270
Montgomery, Alabama 36101

Patricia Allen Conover, Esq.
ASB 2214 R64P
Assistant U S Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| AAA Groundskeepers<br>3211 Le Bron Road<br>Montgomery, AL 36106 | Lewis B. Hickman, Jr, Esq.<br>915 S. Hull Street<br>Montgomery, AL 36104 |
| Michael J. Ernst, Esq.<br>Stokes, Lazarus & Carmichael, LLP<br>80 Peachtree Park Drive, NE<br>Atlanta, GA 30309-1320 | Kemmons Wilson, Inc.<br>CSC Lawyers Incorporating Service, Inc.<br>Registered Agent<br>150 Perry Street<br>Montgomery, AL 36104 |
| MBNA America Bank<br>MBNA America Bank (Delaware)<br>Registered Agent, MBNA America Bank (Delaware)<br>1100 North King Street<br>Wilmington, DE 19884 | Meadow Brook North, LLC<br>3595 Grandview Parkway, Suite 400<br>Birmingham, AL 35243-1930 |
| State of Alabama<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 | Stuart Allan & Associates, Inc.<br>CSC Lawyers Incorporating Service, Inc.<br>Registered Agent<br>150 Perry Street<br>Montgomery, AL 36104 |
| Willis of North America<br>The Corporation Trust Company<br>Registered Agent<br>1209 Orange Street<br>Wilmington, DE 19801 | |

                                                s/ Thomas T. Gallion, III
                                                Of Counsel

#22291
26934-008