IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GOFF GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-389-MEF |
| | ) | |
| PHOENIX-DURANGO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Notice of Withdrawal (Doc. # 74), which this Court construes as a "Motion to Withdraw," it is hereby ORDERED that the Motion to Withdraw (Doc. # 74) is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE