**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 30, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Goff Group, Inc. et al v. Phoenix-Durango, LLC et al
Civil Action No.  2:06-cv-00389-MEF

The above-styled case has been  reassigned to  Judge Myron H. Thompson.

Please note that the case number is now 2:06-cv-00389-MHT.   This new case number should be used on all future correspondence and pleadings in this action.