IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GOFF GROUP, INC., and        )
JOHN W. GOFF,                )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:06cv389-MHT
                             )
PHENIX-DURANGO, LLC, a       )
Limited Liability Company,   )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for stay (doc. no. 71), motion to dismiss (doc. no. 59), and motion for release of funds (doc. no. 5) are set for an on-the-record status conference on December 18, 2006, at 8:30 a.m.  Counsel for plaintiffs are to arrange for the status conference to be conducted by telephone.

DONE, this the 11th day of December, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE