**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**GOFF GROUP, INC., et al.,**

        **Plaintiffs,**

**v.**

**PHOENIX-DURANGO, L.L.C., et al.,**

        **Defendants.**

**CIVIL ACTION NO.
CV - 06-389**

## MOTION TO CONTINUE STATUS CONFERENCE

The defendants and counterclaimants, Phoenix Durango, L.L.C., and Jeremy A. Henderson, Jr., and Jeremy A. Henderson, III, respectfully request the Court for a brief continuance of the on-the-record Status Conference set for 8:30 a.m. on Monday, December 18, 2006. The movants would respectfully show the Court that their lead counsel, Vernon L. Wells, II, has been directed to appear before the Honorable Charles Price, Presiding Judge of the Circuit Court of Montgomery County, for a hearing on the Original Participating Manufacturers' Application and Motion to Enforce the Arbitration Provisions of the Master Settlement Agreement and to Compel Arbitration in the case of the *State of Alabama, et al. v. Philip Morriet al.,* consolidated with *State of Alabama, et al. v. The American Tobacco Company, et al.,* and *Price Harden Blaylock, et al. v. The American Tobacco Company, et al.*         .

The Status Conference scheduled by this Court directly conflicts with the previously scheduled hearing before Judge Price.

The movants respectfully request that the status conference be continued until 1:30 p.m. on December 18, 2006, or such other time as maybe convenient to the Court.

Respectfully submitted,

/s/Vernon L. Wells, II _____

Attorney for Defendant and Counterclaim Plaintiff
Phoenix-Durango, LLC.

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2006, I electronically filed the
foregoing MOTION TO CONTINUE STATUS CONFERENCE with the Clerk of the Court
using the CM/ECF system which will send notification of such filing to the following:

Thomas T. Gallion, III
Jamie Austin Johnston
Haskell, Slaughter, Young & Gallion, LLC
PO Box 4660
Montgomery, Alabama 36103-4660

F. Chadwick Morriss
Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett, PC
PO Box 270
Montgomery, Alabama 36101-0270

Jason James Baird
Slaten & O'Connor, PC
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Leura Garrett Canary
Attention: Patricia Allen Conover
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36104

Issac Ripon Britton, Jr.

Hand Arendall, LLC
2001 Park Place North
Suite 1200
Birmingham, Alabama 35203

Winston Whitehead Edwards
David Cushing Hilyer
Craddock, Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, Alabama 36106

Paul L. Beckman, Jr.
Capouano, Beckman & Russell, LLC
PO Box 4689
Montgomery, Alabama 36103-4689

George Marion Neal, Jr.
Anthony Ryan Smith
Sirote & Permutt, PC
PO Box 55727
Birmingham, Alabama 35255-5727

Paul Kenneth Lavelle
Yearout, Spina & Lavelle, PC
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Donald Christopher Carson
Janine L. Smith
Burr & Forman, LLP
420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106

Michael J. Ernst
Stokes, Lazarus & Carmichael, LLP
80 Peachtree Park Drive, NE
Atlanta, GA  30309-1320

Lewis B. Hickman, Jr.
915 S. Hull Street
Montgomery, Alabama 36104

Robert W. West
Associate Area Counsel
Internal Revenue Service, Room 257
801 Tom Martin Drive
Birmingham, Alabama 35211

Internal Revenue Service
Insolvency Unit, Room 126
801 Tom Martin Drive
Birmingham, Alabama 35211

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130

MBNA America Bank (Delaware)
Registered Agent, MBNA America Bank (Delaware)
1100 North King Street
Wilmington, Delaware 19884

CSC Lawyers Incorporating Service, Inc.
Registered Agent, Kemmons Wilson, Inc.
150 Perry Street
Montgomery, Alabama 36104

Daniel Realty Company
Registered Agent, Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, Alabama 35243-1930

Willis of North America, Inc.
Attention: Kellie Smits
26 Century Boulevard
Nashville, Tennessee 37214

CSC Lawyers Incorporating Service, Inc.
Registered Agent, Stuart Allan & Associates, Inc.
150 Perry Street
Montgomery, Alabama 36104

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL  35243-1930

Billington Malone Garrett

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

/s/Vernon L. Wells, II
Of Counsel