IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GOFF GROUP, INC., and <br> JOHN W. GOFF, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NO. |
| v. | ) <br> ) | 2:06cv389-MHT |
| PHENIX-DURANGO, LLC, a <br> Limited Liability Company, <br> et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 78) is granted.

(2) The on-the-record status conference, now set for December 18, 2006, at 8:30 a.m., is reset for December 18, 2006, at 1:30 p.m.

DONE, this the 14th day of December, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE