IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., et al | \* |
| Plaintiffs, | \* |
| vs. | \* Civil Action No. 2:06-cv-389 |
| PHOENIX-DURANGO, LLC;<br>JEREMIAH A. HENDERSON, II; and<br>JEREMIAH A. HENDERSON, III | \* |
| Defendants and<br>Counterclaim Plaintiffs, | \* |
| vs. | \* |
| GOFF GROUP, INC., et al | \* |
| Counterclaim Defendants. | \* |

### NOTICE OF APPEARANCE

COMES NOW C. McDowell Crook, Jr. and files this Notice of Appearance as additional counsel on behalf of Plaintiffs Goff Group, Inc., and John W. Goff in the above-styled cause of action.

Respectfully submitted,

/s/ C. McDowell Crook
_____

OF COUNSEL:

HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
Telephone:  (334) 265-8573
Facsimile:  (334) 264-7945

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

I. Ripon Britton, Jr., Esq.
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, Alabama 35203

Winston Whitehead Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802

Paul L. Beckman, Jr., Esq.
Capouano Beckman Russell & Gregg, LLC
Post Office Drawer 4689
Montgomery, Alabama 36103-4689

Paul K. Lavelle, Esq.
Yearout, Spina & Lavelle
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Lewis B. Hickman, Jr, Esq.
915 S. Hull Street
Montgomery, AL 36104

Jason James Baird, Esq.
Slaten & O'Connor, PC
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, Alabama 36104

Donald Christopher Carson, Esq.
Janine L. Smith, Esq.
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

George M. (Jack) Neal, Jr., Esq.
Anthony Ryan Smith, Esq.
Sirote & Permutt, PC
Post Office Box 55727
Birmingham, Alabama 35255-5727

F. Chadwick Morris, Esq.
George Marion (Jack) Neal, Jr., Esq.
Alan Thomas Hargrove, Esq.
Rushton Stakely Johnston & Garrett
Post Office Box 270
Montgomery, Alabama 36101

Patricia Allen Conover, Esq.
ASB 2214 R64P
Assistant U S Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

AAA Groundskeepers
3211 Le Bron Road
Montgomery, AL 36106

Stuart Allan & Associates, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

Meadow Brook North, LLC
3595 Grandview Parkway, Suite 400
Birmingham, AL 35243-1930

Kemmons Wilson, Inc.
CSC Lawyers Incorporating Service, Inc.
Registered Agent
150 Perry Street
Montgomery, AL 36104

MBNA America Bank
MBNA America Bank (Delaware)
Registered Agent, MBNA America Bank (Delaware)
1100 North King Street
Wilmington, DE 19884

State of Alabama
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

/s/ C. McDowell Crook, Jr.
_____
OF COUNSEL

#23359
26934-008