# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MYRON H. THOMPSON        AT MONTGOMERY, AL

| | | |
|---|---|---|
| DATE COMMENCED: 12/18/06 | AT: | 1:48 p.m. |
| DATE COMPLETED: 12/18/06 | AT: | 2:02 p.m. |

Goff Group, Inc., et al. §
§
vs. §    CV NO. 2:06CV389-MHT
§
Phoenix-Durango, LLC, et al.

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Thomas T. Gallion, III. | | Clyde E. Brazeal, III. |
| Leonard N. Math, Trustee | | Vernon L. Wells, II. |
| | | F. Chadwick Morriss |
| | | Jason J. Baird |
| | | Anthony R. Smith |
| | | David J. Middlebrooks |
| | | Janine L. Smith |

### COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Tashwanda Pinchback, Law Clerk
Kelli Gregg, Courtroom Clerk

### COURTROOM PROCEEDINGS:

( X )    Telephone Status Conference re: [71] Motion to Stay, [59] Motion to Dismiss and [5] Motion to Release Funds

1:48 p.m. -    Court convenes.
Parties discuss pending motions before the Court and their positions.
Trustee Math states that he will be filing a Motion to Transfer to Bankruptcy Court within the next couple of days.
Court will issue a show cause order on supplementing defendants counter claims regarding diversity.

2:02 p.m. -    Court is in recess.