IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., and<br>JOHN W. GOFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHENIX-DURANGO, LLC, a<br>Limited Liability Company,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)     2:06cv389-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Based upon the representations made during an on-the-record conference on December 18, 2006, and by agreement of the parties, it is ORDERED as follows:

(1) The motion for release of funds (doc. no. 5) is granted.

(2) The Clerk of the Circuit Court of Montgomery County, Alabama is authorized to return $ 5000 to plaintiff John W. Goff.

DONE, this the 19th day of December, 2006.

                      /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE