IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| GOFF GROUP, INC., and<br>JOHN W. GOFF, | ) <br> ) <br> ) | |
|     Plaintiffs, | ) <br> ) | CIVIL ACTION NO. |
|     v. | ) <br> ) | 2:06cv389-MHT |
| PHENIX-DURANGO, LLC, a<br>Limited Liability Company,<br>et al., | ) <br> ) <br> ) <br> ) | |
|     Defendants. | ) | |

ORDER

Based upon the representations made during an on-the-record conference on December 18, 2006, and by agreement of the parties, it is ORDERED as follows:

(1) The motion dismiss (doc. no. 59) is granted.

(2) Counterclaim defendant Companion Property & Casualty Insurance Company is dismissed from this lawsuit.

DONE, this the 19th day of December, 2006.


       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE