IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., and ) <br> JOHN W. GOFF, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> PHENIX-DURANGO, LLC, a ) <br> Limited Liability Company, ) <br> et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:06cv389-MHT |

ORDER

Based upon the representations made during an on-the-record conference on December 18, 2006, and by agreement of the parties, it is ORDERED that the motion to stay proceedings (doc. no. 71) is granted to the extent that Bankruptcy Trustee Susan Shirock DePaola is allowed until February 1, 2007, to report to the court on her position on whether this case, or aspects of this case, should be in the bankruptcy court.

DONE, this the 19th day of December, 2006.

                                 /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE