IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GOFF GROUP, INC., and <br> JOHN W. GOFF, <br><br>   Plaintiffs, <br><br>   v. <br><br> PHENIX-DURANGO, LLC, a <br> Limited Liability Company, <br> et al., <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> CIVIL ACTION NO. <br> 2:06cv389-MHT |

ORDER

The court being concerned that the addition of counterclaim defendants may have destroyed diversity jurisdiction, it is ORDERED that the parties show cause, if any there be, in writing by January 5, 2007, as to why this cause should not be remanded to state court because the court no longer has diversity jurisdiction.

DONE, this the 19th day of December, 2006.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE