IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GOFF GROUP, INC., and        )
JOHN W. GOFF,                )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    2:06cv389-MHT
                             )
PHENIX-DURANGO, LLC, a       )
Limited Liability Company,   )
et al.,                      )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the motion to remand (Doc. No. 86) is set for submission, without oral argument, on January 5, 2007, with all briefs due by said date.

DONE, this the 27th day of December, 2006.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE