IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOFF GROUP, INC., et al | * |
| Plaintiffs, | * |
| vs. | *   Civil Action No. 2:06cv389-SRW |
| PHOENIX-DURANGO, LLC;<br>JEREMIAH A. HENDERSON, II; and<br>JEREMIAH A. HENDERSON, III | * |
| Defendants and<br>Counterclaim Plaintiffs, | * |
| vs. | * |
| GOFF GROUP, INC., et al | * |
| Counterclaim Defendants. | * |

## MOTION TO WITHDRAW

COMES NOW, Thomas T. Gallion, III, Jamie A. Johnston and the law firm of Haskell Slaughter Young & Gallion, LLC on behalf of the Plaintiffs and Counterclaim Defendants John W. Goff ("Goff") and Goff Group, Inc., in the above styled cause of action and files this motion to withdraw as counsel and as reasons state the following:

1.	Attorney Hickman filed Notice of Bankruptcy with this Court on June 16, 2006 on behalf of Goff Group.

2.	It is our understanding that Andy Nelms will be representing John W. Goff's interests in the above styled cause of action.

WHEREFORE, the premises considered we request that this Honorable Court issue its order removing Haskell Slaughter Young & Gallion and its attorneys from the above styled cause of action.

          Respectfully submitted,.


          /s/ Thomas T. Gallion, III
          Thomas T. Gallion, III
          Jamie A. Johnston

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573     Telephone
(334) 264-7945     Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Vernon L. Wells, II, Esq.
C. Ellis Brazeal, Esq.
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203

Jason James Baird, Esq.
Slaten & O'Connor, PC
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, Alabama 36104

I. Ripon Britton, Jr., Esq.
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, Alabama 35203

Donald Christopher Carson, Esq.
Janine L. Smith, Esq.
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Winston Whitehead Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802

George M. (Jack) Neal, Jr., Esq.
Anthony Ryan Smith, Esq.
Sirote & Permutt, PC
Post Office Box 55727
Birmingham, Alabama 35255-5727

Paul L. Beckman, Jr., Esq.
Capouano Beckman Russell & Gregg, LLC
Post Office Drawer 4689
Montgomery, Alabama 36103-4689

F. Chadwick Morris, Esq.
George Marion (Jack) Neal, Jr., Esq.
Alan Thomas Hargrove, Esq.
Rushton Stakely Johnston & Garrett

|  |  |
|---|---|
|  | Post Office Box 270<br>Montgomery, Alabama 36101 |
| Paul K. Lavelle, Esq.<br>Yearout, Spina & Lavelle<br>1500 Urban Center Drive, Suite 450<br>Birmingham, Alabama 35242 | Patricia Allen Conover, Esq.<br>ASB 2214 R64P<br>Assistant U S Attorney<br>Post Office Box 197<br>Montgomery, Alabama  36101-0197 |
| Lewis B. Hickman , Jr, Esq.<br>915 S. Hull Street<br>Montgomery, Alabama 36104 | K. Andy Nelms, Esq.<br>P.O. Box 5059<br>Montgomery, Alabama  36103 |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

|  |  |
|---|---|
| AAA Groundskeepers<br>3211 Le Bron Road<br>Montgomery, AL 36106 | Stuart Allan & Associates, Inc.<br>CSC Lawyers Incorporating Service, Inc.<br>Registered Agent<br>150 Perry Street<br>Montgomery, AL 36104 |
| Meadow Brook North, LLC<br>3595 Grandview Parkway, Suite 400<br>Birmingham, AL 35243-1930 | Kemmons Wilson, Inc.<br>CSC Lawyers Incorporating Service, Inc.<br>Registered Agent<br>150 Perry Street<br>Montgomery, AL 36104 |
| MBNA America Bank<br>MBNA America Bank (Delaware)<br>Registered Agent, MBNA America Bank (Delaware)<br>1100 North King Street<br>Wilmington, DE 19884 | State of Alabama<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 |

s/ Thomas T. Gallion, III
OF COUNSEL

26934-008
#21,102