IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GOFF GROUP, INC., and        )
JOHN W. GOFF,                )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )     2:06cv389-MHT
                             )
PHENIX-DURANGO, LLC, a       )
Limited Liability Company,   )
et al.,                      )
                             )
    Defendants.              )
```

                              ORDER

It is ORDERED that the motion to withdraw (Doc. No. 92) is set granted.

DONE, this the 7th day of February, 2007.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**