```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


GOFF GROUP, INC., and       )
JOHN W. GOFF,               )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )       2:06cv389-MHT
                            )           (WO)
PHENIX-DURANGO, LLC, a      )
Limited Liability Company,  )
et al.,                     )
                            )
    Defendants.             )
```

### JUDGMENT

The court having been orally informed that there is no objection, it is the ORDER, JUDGMENT, and DECREE of the court that the motion to lift stay and to dismiss lawsuit (Doc. No. 95) is granted.

It is further ORDERED that the stay is lifted and this lawsuit is dismissed in its entirety with prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 21st day of September, 2009.**

                                          <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**